UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMERIMED EMERGENCY MEDICAL SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 26-20894-JRS |
| Debtor. | ) | |
| | ) | Judge Sacca |
| Tax ID No. 45-2393528 | ) | |

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DMLP, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 26-20879-JRS |
| | ) | |
| Tax ID No. 99-3290389 | ) | Judge Sacca |

WITHDRAWAL OF MOTION FOR JOINT ADMINISTRATION

COME NOW the above-captioned debtors and debtors in possession (collectively, the

"Debtors") and withdraw their previously filed Motion for Joint Administration without

prejudice.

This 23rd day of July, 2026.

KELLEY LAW LLC

By: */s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
charles@charleskelley.law

Proposed Counsel for Debtors

PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

4915-2081-5040, v. 1

SMALL HERRIN, LLP

By: _/s/ Benjamin S. Klehr_____
Benjamin S. Klehr
Georgia Bar No. 487931
Anna M. Humnicky
Georgia Bar. No. 377850
Gus H. Small
Georgia Bar No. 653200
Signed by Charles Kelley with permission

Proposed Counsel for Debtors

100 Galleria Parkway, Suite 350
Atlanta, GA 30339
(P) 770-783-1800
bklehr@smallherrin.com
ahumnicky@smallherrin.com
gsmall@smallherrin.com

4915-2081-5040, v. 1