

**IT IS ORDERED as set forth below:**

**Date: July 24, 2026**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIMED EMERGENCY MEDICAL | ) | Case No. 26-20894-JRS |
| SERVICES LLC,[1] | ) | |
| | ) | Judge Sacca |
| Debtor. | ) | |

ORDER GRANTING MOTION FOR EXPEDITED
HEARING ON DEBTOR'S MOTION FOR AUTHORITY
TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT

The Court has read and considered the Motion for Expedited Hearing of
Debtor [Docket No. 79]. There appears to be good cause for the granting of the
Motion. Accordingly, it is hereby

ORDERED AND NOTICE IS GIVEN that the Motion for Expedited
Hearing is GRANTED. The Court will hold a hearing on the Debtor's Motion for
Authority to Enter Into Insurance Premium Finance Agreement [Docket No. 78]

---

[1] The last four digits of the Debtor's federal tax identification number are 3528.

4930-7801-2594, v. 6

(the "Emergency Motion") on **July 28, 2026, at 10:30 a.m. (Eastern Time)**, in Courtroom 103, Federal Building, 121 Spring Street, SE, Gainesville, GA 30501. You may attend the hearing in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Counsel for the Debtors shall provide notice of the hearing to the US Trustee, all parties that have requested notice in this case, and all parties on the Limited Service List maintained in this case and promptly file a certificate of service of such notice.

END OF DOCUMENT

Prepared and presented by:


*/s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
Kelley Law LLC
PO Box 2758
Gainesville, GA 30503
(770) 531-0007
charles@charleskelley.law

4930-7801-2594, v. 6