**Fill in this information to identify the case:**

Debtor name     Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   2:26-bk-20894

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|  | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/27/2026

X _____
Signature of individual signing on behalf of debtor

Arthur Dixon Marbut II
Printed name

Sole Member
Position or relationship to debtor

*Verified by signNow*
07/27/2026 22:35:17 UTC
Arthur Dixon Marbut II

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   2:26-bk-20894

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................................   $          450,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................   $       31,733,098.82

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................................   $       32,183,098.82

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       10,780,842.88

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $        1,057,951.84

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   **+**$       10,994,426.61

4.   **Total liabilities** ...........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                 $       22,833,221.33

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    2:26-bk-20894

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property            12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Renasant Bank - Payment Escrow Account | | 1417 | $776.93 |
| 3.2. | Renasant Bank - EMS 2 - Pay Account | Checking | 3767 | $0.00 |
| 3.3. | Renasant Bank - EMS 1 - Ops Account | Checking | 3791 | $0.00 |
| 3.4. | Renasant Bank - EMS 3 - Exp Account | Checking | 9930 | $0.00 |
| 3.5. | Truist Bank Business Value 200 Checking Account | Checking | 8514 | $5,868.17 |
| 3.6. | Truist Bank Business Value 200 Checking Account | Checking | 8239 | $407.72 |

4. **Other cash equivalents** *(Identify all)*

Debtor      Amerimed Emergency Medical Services LLC                              Case number *(If known)*  2:26-bk-20894
_____ Name

5.      **Total of Part 1.**

$7,052.82

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

    8.1.   Prepaid Rent                                                                    $120,055.64

    8.2.   Prepaid Fuel Expense                                                            $385,488.86

    8.3.   Prepaid Utility Deposit                                                           $8,483.02

9.      **Total of Part 2.**

$514,027.52

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.     **Accounts receivable**

    11b. Over 90 days old:        135,619,977.44      -        127,101,531.07  =....        $8,518,446.37
                              face amount                  doubtful or uncollectible accounts

12.     **Total of Part 3.**

$8,518,446.37

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                            page 2

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(If known)* 2:26-bk-20894 |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Furniture, fixtures and equipment. | $0.00 | Recent cost | $715,666.79 |

**40.**     **Office fixtures**

**41.**     **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**     **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | |
|---|---|
| | $715,666.79 |

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See attached schedule. | $0.00 | | Unknown |

**48.**     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**     **Aircraft and accessories**

| **50.**     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Medical Equipment | $0.00 | Replacement | $3,251,355.52 |
|---|---|---|---|

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 3

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (If known) 2:26-bk-20894 |
|---|---|---|
| | Name | |

**51.**    **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $3,251,355.52 |
|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    2331 Weaver Road, Macon, Georgia 31217 | Fee Simple | $0.00 | Expert | $450,000.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $450,000.00 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** Patents/Trademarks/Domains | $0.00 | Replacement | $37,158.80 |

**61.**    **Internet domain names and websites**

**62.**    **Licenses, franchises, and royalties**

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(If known)* 2:26-bk-20894 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Ambulance operating licenses in Georgia, Florida, South Carolina, Tennessee, Ohio, and Indiana | $0.00 | Unknown |

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**
Hospital relationships.                                    $0.00                                    Unknown

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $37,158.80 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

| | | | | |
|---|---|---|---|---|
| Catalyst Captive | 36,000.00 Total face amount | - | 0.00 doubtful or uncollectible amount | = $36,000.00 |
| Services provided to Julie Cordova Marlow Deceased December 10, 2024 | 0.00 Total face amount | - | 0.00 doubtful or uncollectible amount | = Unknown |
| Loan receivable from non-debtor affiliate Amerimed Medical Solutions LLC (net). | 13,961,408.00 Total face amount | - | 6,980,704.00 doubtful or uncollectible amount | = $6,980,704.00 |
| Loan receivable from non-debtor affiliate Home Physician Care LLC d/b/a Amerimed Mobile In Home (net). | 15,945,374.00 Total face amount | - | 7,972,687.00 doubtful or uncollectible amount | = $7,972,687.00 |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(If known)* | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| Employee Retention Tax Credit | Tax year 2021 | $3,700,000.00 |
|---|---|---|

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential avoidance actions and state law claims against Merchant Cash Advance companies and brokers.                                                     Unknown

**Nature of claim**

**Amount requested**                                    $0.00

Potential preference actions against various creditors                                                     Unknown

**Nature of claim**

**Amount requested**                                    $0.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                   $18,689,391.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |
|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(If known)* 2:26-bk-20894 |
|---|---|---|
| | Name | |

<div style="background:black;color:white;">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,052.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $514,027.52 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,518,446.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $715,666.79 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,251,355.52 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................................>* | | $450,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $37,158.80 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $18,689,391.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,733,098.82 | + 91b. $450,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $32,183,098.82 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# Amerimed Emergency Medical Services LLC
## Case No. 256-20894
## Vehicle Schedule

| Year | plate | VIN | Financing Co. | Account | Contract Date | APR | Original Balance | Balance | Pmt Amount | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | GPX393 | 1FMJU1MG0SEA31370 | Ford Credit | 64506938 | 6/10/2025 | 10.59% | $ 83,074.56 | $ 72,969.52 | $ 1,797.13 | 6/25/2030 |
| 2025 | GPX392 | 1FTFW7LD2SFA92115 | Ford Credit | 64491125 | 6/5/2025 | 4.90% | $ 82,310.39 | $ 75,136.72 | $ 1,552.68 | 6/20/2030 |
| 2020 | EKE904 | 1FTEW1E53LFB42259 | Bridgecap | Line of Credit | | | | | | |
| 2018 | CLM8163 | 1FTEX1CBXJFC92016 | Bridgecap | Line of Credit | | | | | | |
| 2017 | DVR355 | 3C7WRTCL9HG739921 | Bridgecap | Line of Credit | | | | | | |
| 2015 | DKZ364 | 2C3CDXBGXFH795751 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EPQ487 | 2C3CDXBG8LH162791 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EKE902 | 1C4RDHDG5LC119215 | Bridgecap | Line of Credit | | | | | | |
| 2024 | GLZ696 | 1FMJU2A84REA88586 | Ford Credit | 63795181 | 9/24/2024 | 3.90% | $ 80,321.39 | $ 56,715.09 | $ 1,477.86 | 10/8/2029 |
| 2022 | GCV350 | 1FMJU1KT3NEA44859 | Ally Auto | 228-1503-35868 | 12/16/2022 | 9.69% | $ 67,310.06 | $ 32,144.32 | $ 1,425.58 | 11/16/2027 |
| 2022 | GBD024 | 1FMJU1LT2NEA01872 | Ford Credit | 61357925 | 7/22/2022 | 7.79% | $ 84,611.78 | $ 24,479.34 | $ 1,712.27 | 8/5/2027 |
| 2020 | DVQ868 | 1C4RDJDGXLC309180 | Integrated Leasing | 10019358 | | | | $ 20,962.65 | $ 1,397.51 | 3/20/2027 |
| 2021 | EXV750 | 1C4RDHDG4MC660533 | Bridgecap | Line of Credit | | | | | | |
| 2023 | GJP263 | 1C4RDHDG6PC557795 | Affinity | 1868787-10 | 3/20/2024 | 8.79% | $ 36,440.13 | $ 22,600.65 | $ 752.73 | 3/20/2026 |
| 2015 | DKZ187 | 1C4RDHAGXFC938035 | Bridgecap | Line of Credit | | | | | | |
| 2019 | MIP13X | 1FDYR2CMXKKB60909 | | | | | | | | |
| 2018 | 23DAVZ | 1FDYR2CM73KA69630 | | | | | | | | |
| 2022 | MIU65G | 1FDWE3FN8NDC35743 | Integrated Leasing | 10018659 | | | | $ 6,732.89 | $ 3,275.07 | 2/1/2026 |
| 2023 | MIU64G | 1FDWE3FN9PDD11974 | Integrated Leasing | 10018697 | | | | $ 5,277.36 | $ 3,545.21 | 3/1/2026 |
| 2019 | 10D PZM | 1FDXE4FSXKDC02674 | Integrated Leasing | 10019065 | | | | $ 17,603.01 | $ 2,520.15 | 10/15/2026 |
| 2023 | RDIS47 | 1HA3GRC79PN000173 | Integrated Leasing | 10019559 | | | | $ 90,463.35 | $ 5,199.27 | 7/25/2028 |
| 2023 | 78DZEZ | 1FDBR1CG9KPA87937 | Huntington | 003-0859156-500 | 2/16/2024 | | $ 116,464.32 | $ 56,222.28 | $ 2,426.34 | |
| 2013 | EU4207 | 1C4RDHAG1DC667752 | Bridgecap | Line of Credit | | | | | | |
| 2018 | EFF039 | 1FDWE3FS1JDC21649 | Bridgecap | Line of Credit | | | | | | |
| 2013 | EHC272 | 1GB3G2CG7D1115308 | Bridgecap | Line of Credit | | | | | | |
| 2019 | EPQ480 | 1GB3G2CLE1186147 | | | | | | | | |
| 2018 | EFF038 | 1FDWE3FS9JDC17798 | Bridgecap | Line of Credit | | | | | | |
| 2021 | EQU083 | 1FDWE3FNXMDC08154 | Bridgecap | Line of Credit | | | | | | |
| 2019 | no tag listed | 1FDXE4FS5KDC60076 | | | | | | | | |
| 2017 | DVR366 | 3C7WRSBL6HG536321 | Bridgecap | Line of Credit | | | | | | |
| 2023 | GKD323 | 1FDBR1CG8PKA88531 | Huntington | 003-0859156-503 | 5/21/2024 | | $ 85,418.70 | $ 55,852.89 | $ 2,192.43 | |
| 2024 | GIA110 | 1FDWE3FN7RDD00281 | Integrated Leasing | 10019456 | | | | $ 62,840.20 | $ 4,676.42 | 5/15/2027 |
| 2024 | GIA108 | 1FDWE3FN8RDD00273 | DAMAGED | 10019465 | | | | $ 88,612.22 | $ 5,212.48 | 5/25/2027 |
| 2023 | GKD324 | 1FDBR1CGXPKA88093 | Huntington | 003-0859156-502 | 4/4/2024 | | $ 122,163.60 | $ 68,550.06 | $ 2,036.06 | |
| 2016 | DVQ880 | 1GB3GRCL8G1339875 | Bridgecap | Line of Credit | | | | | | |
| 2023 | GKD322 | 1FDBR1CG8PKA88075 | Huntington | 003-0859156-503 | 5/21/2024 | | $ 85,418.70 | $ 55,852.89 | $ 2,192.43 | |
| 2021 | EPQ482 | 1FDWE3FN4MDC06433 | Bridgecap | Line of Credit | | | | | | |
| 2019 | EPQ480 | 1FDWE3FS0KDC33180 | American Capital Group | 30-025425 | 4/15/2020 | | | | $ 3,497.12 | |
| 2019 | EKE903 | 1FDWE3FS2KDC33178 | American Capital Group | 30-025896 | 3/11/2020 | | | | $ 3,711.41 | |
| 2023 | GLZ695 | 1GB3GRC77P1110736 | Integrated Leasing | 10019786 | | | | $ 62,308.17 | $ 2,902.45 | 12/25/2027 |

Case 26-20894-jrs  Doc 83  Filed 07/27/26  Entered 07/27/26 18:54:44  Desc Main Document  Page 10 of 110

Amerimed Emergency Medical Services LLC
Case No. 256-20894
Vehicle Schedule

| Year | plate | VIN | Financing Co. | Account | Contract Date | APR | Original Balance | Balance | Pmt Amount | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | EWG909 | 1FDWE3FN5NDC02313 | Bridgecap | Line of Credit | | | | | | |
| 2024 | GKT352 | 1FDWE3FN3RDD40437 | Integrated Leasing | 10019621 | | | | $ 104,414.54 | $ 5,352.50 | 9/15/2027 |
| 2021 | GIA020 | 1FDWE3FN5MDC38582 | | | | | | | | |
| 2024 | GKT351 | 1FDWE3FN2RDD40431 | Integrated Leasing | 10019672 | | | | $ 94,630.89 | $ 4,876.69 | 10/5/2027 |
| 2022 | EXW073 | 1FDWE3FN5NDC13411 | | | | | | | | |
| 2024 | GLZ694 | 1FDWE3N1RDD35804 | ? | 10019785 | | | | $ 71,718.72 | $ 2,988.28 | 12/25/2027 |
| 2022 | GAR336 | 1FDBR1CG5NKA01746 | | | | | | $ 981.84 | | |
| 2017 | EZN370 | 1FDYR2CM2HKA85048 | Bridgecap | Line of Credit | | | | | | |
| 2022 | GAR337 | 1FDBR1CGXNKA01743 | | | | | | $ 990.97 | | |
| 2014 | GBD028 | 1FDWE3FS3EDB06069 | | | | | | $ 426.00 | | |
| 2017 | DKY915 | 1FDWE3FS3HDC57725 | | | | | | $ 426.00 | | |
| 2023 | GCF292 | 1FDWE3FN8PDD08645 | Integrated Leasing | 10018770 | | | | $ 8,647.46 | $ 3,498.47 | 4/10/2026 |
| 2022 | GEU102 | 1FDWE3FN6PDD22821 | Integrated Leasing | 10018808 | | | | $ 6,756.24 | $ 3,014.40 | 5/5/2026 |
| 2023 | GFJ897 | 1FDXE4FN9PDD00841 | Integrated Leasing | 10018803 | | | | $ 8,463.18 | $ 3,815.32 | 5/5/2026 |
| 2020 | GDL978 | 1FDBR1CG9LKB75266 | Integrated Leasing | 10018804 | | | | $ 5,678.46 | $ 2,489.27 | 5/5/2026 |
| 2023 | GDM107 | 1FDWE3FN8PDD11982 | Integrated Leasing | 10018864 | | | | $ 16,112.08 | $ 3,551.38 | 6/25/2026 |
| 2023 | GDM111 | 1FDWE3FN6PDD15111 | Integrated Leasing | 10018863 | | | | $ 16,379.65 | $ 3,551.38 | 6/25/2026 |
| 2023 | GDM115 | 1FDWE3FN6PDD15108 | Integrated Leasing | 10018862 | | | | $ 15,937.50 | $ 3,551.38 | 6/25/2026 |
| 2023 | GEU103 | 1FDWE3FN0PDD11975 | Integrated Leasing | 10019028 | | | | $ 20,182.95 | $ 3,766.03 | 9/15/2026 |
| 2023 | GGQ166 | 1FDWE3FN1PDD38358 | Integrated Leasing | 10019249 | | | | $ 52,040.82 | $ 4,514.46 | 1/25/2027 |
| 2023 | EWG876 | 1HA3GRC75PN000056 | Integrated Leasing | 10019310 | | | | $ 59,688.97 | $ 5,247.67 | 2/20/2027 |
| 2023 | GIA111 | 1HA3GRC78PN00228 | DAMAGED | 10019465 | | | | $ 88,612.22 | $ 5,212.48 | 5/25/2027 |
| 2023 | GIA109 | 1HA3GRC7XPN000196 | DAMAGED | 10019465 | | | | $ 88,612.21 | $ 5,212.48 | 5/25/2027 |
| 2025 | GLK465 | 1FDWE3FN75DD00092 | Integrated Leasing | 10019752 | | | | $ 132,573.41 | $ 5,638.35 | 12/1/2027 |
| 2025 | GLK466 | 1FDWE3FN5SDD00091 | Integrated Leasing | 10019753 | | | | $ 132,573.21 | $ 5,638.35 | 12/1/2027 |
| 2025 | GPX458 | 1FDWE3FN6SDD12363 | DLL | 500-50727553 | 4/1/2025 | 7.99% | $ 175,889.00 | $ 140,517.68 | $ 4,877.97 | 8/16/2027 |
| 2025 | GPX394 | 1FDWE3FN5SDD12354 | DLL | 500-50727553 | 4/1/2025 | 7.99% | $ 175,889.00 | $ 140,517.68 | $ 4,877.97 | 8/16/2027 |
| 2025 | GPX395 | 1FDWE3FN3SDD12367 | DLL | 500-50727553 | 4/1/2025 | 7.99% | $ 175,889.00 | $ 140,517.68 | $ 4,877.97 | 8/16/2027 |
| 2025 | GPX459 | 1FDWE3FN1SDD12366 | DLL | 500-50727553 | 4/1/2025 | 7.99% | $ 175,889.00 | $ 140,517.68 | $ 4,877.97 | 8/16/2027 |
| 2021 | GAR338 | 1C4RDHAG6MC551608 | Bridgecap | Line of Credit | | | | | | |
| 2022 | GJP266 | 1C4RDHAG8NC194191 | Affinity | 1867699-10 | 2/16/2024 | 7.19% | $ 31,910.70 | $ 18,953.70 | $ 634.73 | 2/16/2029 |
| 2019 | EFF036 | 1C4RDHAG1KC824564 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EFF035 | 1C4RDHAGXLC142087 | Bridgecap | Line of Credit | | | | | | |
| 2015 | DKY914 | 1C4RDHAG5FC702540 | Bridgecap | Line of Credit | | | | | | |
| 2015 | DKY913 | 1C4RDHAG8FC829895 | Bridgecap | Line of Credit | | | | | | |
| 2013 | GMU769 | 1C4RDHDG5DC512049 | Bridgecap | Line of Credit | | | | | | |
| 2018 | DVR566 | 1C4RDHAG7JC329333 | Bridgecap | Line of Credit | | | | | | |
| 2022 | GIA014 | 1C4RDJAG4NC160594 | Bridgecap | Line of Credit | | | | | | |
| 2018 | EKP642 | 1C4RDHAG8JC328921 | Bridgecap | Line of Credit | | | | | | |
| 2023 | GKT353 | 1C4RDHAG8PC685301 | Affinity | 1872150-10 | 7/18/2024 | 7.99% | $ 19,688.92 | $ 17,654.43 | $ 465.24 | 1/24/2030 |

Case 26-20894-jrs   Doc 83   Filed 07/27/26   Entered 07/27/26 18:54:44   Desc Main Document   Page 11 of 110

# Amerimed Emergency Medical Services LLC
## Case No. 256-20894
## Vehicle Schedule

| Year | plate | VIN | Financing Co. | Account | Contract Date | APR | Original Balance | Balance | Pmt Amount | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | GKT354 | 1C4RDHAG7PC685273 | Affinity | 1872415-10 | 7/18/2024 | 7.99% | $ 25,403.43 | $ 18,550.43 | $ 478.39 | 2/1/2030 |
| 2022 | GDM106 | 2C3CDXHG3NH267877 | Integrated Leasing | 10019293 | | | | $ 13,834.52 | $ 810.04 | 8/10/2028 |
| 2022 | GKD299 | 1C4RDJAG2NC193559 | Affinity | 1867701-10 | 2/16/2024 | 7.19% | $ 30,273.00 | $ 17,989.27 | $ 602.16 | 2/16/2029 |
| 2021 | GBD026 | 1C4RDHDG8MC740451 | Integrated Leasing | 10019293 | | | | $ 15,513.88 | $ 657.38 | 8/10/2028 |
| 2020 | EWH076 | 1C4RDHAG6LC170792 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EPQ484 | 1C4RDHFG8LC405346 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EPQ485 | 1C4RDHFG6LC405345 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EKE905 | 2C3CDXBG4LH126726 | Bridgecap | Line of Credit | | | | | | |
| 2020 | esf173 | 1C4RDHDG4LC145806 | Bridgecap | Line of Credit | | | | | | |
| 2022 | GCV327 | 1FBAX2Y86NKA29282 | Integrated Leasing | 10019358 | | | | $ 30,980.10 | $ 2,065.34 | 3/20/2027 |
| 2020 | EQU 081 | 1C4RDHDG3LC285426 | Bridgecap | Line of Credit | | | | | | |
| 2015 | GEU122 | 1FBZX2ZM7FKA65286 | | | | | | | | |
| 2017 | DVQ932 | 1FBAX2CM2HKA76009 | Bridgecap | Line of Credit | | | | | | |
| 2017 | 59158H2 | 1FDWE3FS2HDC34243 | Bridgecap | Line of Credit | | | | | | |
| 2016 | 49130H2 | 1GB3GRCL2G1262405 | Bridgecap | Line of Credit | | | | | | |
| 2014 | 58943H2 | 1GB3G2CL3E1172104 | | | | | | | | |
| 2018 | 58923H2 | 1FDWE3FS4HDC78180 | Bridgecap | Line of Credit | | | | | | |
| 2018 | 56892H2 | 1FDWE3FS8JDC21647 | Bridgecap | Line of Credit | | | | | | |
| 2018 | 56891H2 | 1FDWE3FS6JDC17791 | Bridgecap | Line of Credit | | | | | | |
| 2018 | 56890H2 | 1FDWE3FSXJDC17793 | Bridgecap | Line of Credit | | | | | | |
| 2018 | 63530H2 | 1FDWE3FS9JDC23309 | Bridgecap | Line of Credit | | | | | | |
| 2018 | 65228H2 | 1FDWE3FS5JDC17796 | Bridgecap | Line of Credit | | | | | | |
| 2021 | 66519H2 | 1FDWE3FN6MDC00553 | Bridgecap | Line of Credit | | | | | | |
| 2021 | 66518H2 | 1FDWE3FN5MDC06439 | Bridgecap | Line of Credit | | | | | | |
| 2021 | 78310H2 | 1FDWE3FN5MDC16243 | | | | | | | | |
| 2020 | 78309H2 | 1FDBR1CG4LKA54578 | | | | | | | | |
| 2020 | 78308H2 | 1FDBR1CG5LKA63936 | Bridgecap | Line of Credit | | | | | | |
| 2022 | 80716H2 | 1FDWE3FN9NDC02315 | Bridgecap | Line of Credit | | | | | | |
| 2022 | 81250H2 | 1FDWE3FN7NDC13412 | Bridgecap | Line of Credit | | | | | | |
| 2021 | 81251h2 | 1FDWE3FN1MDC38594 | | | | | | | | |
| 2020 | 89097H2 | 1FDRF3HT3LDA07099 | Integrated Leasing | 10019211 | | | | $ 48,430.86 | $ 4,227.83 | 1/15/2027 |
| 2010 | DJU182 | 1FDSS3ES8ADA61150 | Bridgecap | Line of Credit | | | | | | |
| 2022 | 91443H2 | 1FDWE3FN4NDC35741 | | | | | | | | |
| 2022 | 89184H2 | 1FDWE3FN6NDC35742 | | | | | | | | |
| 2023 | 99039H2 | 1FDWE3FN4PDD11980 | Integrated Leasing | 10019029 | | | | $ 22,919.42 | $ 3,792.54 | 9/15/2026 |
| 2023 | no tag listed | 1GB3GRC77P1106475 | Integrated Leasing | 10019125 | | | | $ 47,579.57 | $ 5,341.32 | 10/25/2026 |
| 2023 | 0H20729 | 1FDWE3FN1PDD38165 | Integrated Leasing | 10019123 | | | | $ 51,441.49 | $ 5,218.82 | 1/1/2027 |
| 2022 | 0H26318 | 1HA3GRC73PN000332 | Integrated Leasing | 10019313 | | | | $ 77,173.98 | $ 5,308.25 | 4/1/2027 |
| 2024 | 0H23973 | 1FDWE3FN9RDD00248 | Integrated Leasing | 10019327 | | | | $ 77,000.03 | $ 5,298.27 | 4/1/2027 |
| 2024 | 0H25710 | 1HA3GRC75PN000218 | Integrated Leasing | 10019468 | | | | $ 68,727.65 | $ 5,494.78 | 5/25/2027 |

Case 26-20894-jrs   Doc 83   Filed 07/27/26   Entered 07/27/26 18:54:44   Desc Main Document   Page 12 of 110

Amerimed Emergency Medical Services LLC
Case No. 256-20894
Vehicle Schedule

| Year | plate | VIN | Financing Co. | Account | Contract Date | APR | Original Balance | Balance | Pmt Amount | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | no tag listed | 1FDBR1CG3PKA88176 | Huntington | 003-0859156-500 | 2/16/2024 | | $ 116,464.32 | $ 56,222.28 | $ 2,426.34 | |
| 2023 | 1H20058 | 1FDBR1CG7PKA87886 | Huntington | 003-0859156-500 | 2/16/2024 | | $ 116,464.32 | $ 56,222.28 | $ 2,426.34 | |
| 2024 | no tag listed | 1FDWE3FN5RDD40438 | Integrated Leasing | 10019673 | | | | $ 115,778.18 | $ 5,497.52 | 11/1/2027 |
| 2025 | 1H22535 | 1FDWE3FN9SDD00093 | Integrated Leasing | 10019754 | | | | $ 124,260.79 | $ 5,639.76 | 12/1/2027 |
| 2025 | no tag listed | 1FDWE3FN8SDD12364 | DLL | 500-50727553 | 4/1/2025 | 7.99% | $ 175,889.00 | $ 140,517.68 | $ 4,877.99 | 8/16/2027 |
| 2022 | no tag listed | 1FDWE3FN3NDC13410 | | | | | | | | |
| 2022 | no tag listed | 1C6RR6FGXNS186007 | | | | | | | | |
| 2015 | DKZ189 | 1C4RDHAG3FC907466 | Bridgecap | Line of Credit | | | | | | |
| 2019 | EMQ 062 | 1C4RDHDG5KC778958 | Bridgecap | Line of Credit | | | | | | |
| 2018 | DVR565 | 1C4RDHAG5JC154239 | Bridgecap | Line of Credit | | | | | | |
| 2017 | DVQ878 | 1C4RDHAG2HC664736 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EPQ483 | 1C4RDHFG8LC405816 | Bridgecap | Line of Credit | | | | | | |
| 2019 | EJH077 | 1C4RDHDGXKC650666 | Bridgecap | Line of Credit | | | | | | |
| 2020 | EWG874 | 1C4RDJDG1LC253808 | Bridgecap | Line of Credit | | | | | | |
| 2019 | CP36819 | 1C4RDJDG1KC651891 | Bridgecap | Line of Credit | | | | | | |
| 2019 | CP54942 | 1C4RDHDG6KC779357 | | | | | | $ - | | |
| 2019 | TK913NYO | 1FDYR2CM9KKB68192 | | | | | | | | |
| 2021 | no tag listed | 1FDWE3FNXMDC38593 | | | | | | | | |
| 2022 | no tag listed | 1FDBR2CG1NKA05637 | | | | | | $ 426.00 | | |
| 2022 | no tag listed | 1FDBR1CGXNKA52160 | Integrated Leasing | 10018727 | | | | $ 6,207.70 | $ 2,637.74 | 3/10/2026 |
| 2023 | 165E410 | 1HA3GRC73PN000203 | Integrated Leasing | 10019467 | | | | $ 73,609.19 | $ 5,494.78 | 5/25/2026 |
| 2023 | no tag listed | 1FDBR1CG7PKA88035 | Huntington | 003-0859156-500 | 2/16/2024 | | $ 116,464.32 | $ 56,222.28 | $ 2,426.34 | |
| 2019 | no tag listed | 1FDBW2XM5KKB16843 | | | | | | | | |
| 2019 | EFF011 | 1C4RDHAG7KC820552 | Bridgecap | Line of Credit | | | | | | |
| 2018 | 8552KA | 1FDYR2CM1JKB25688 | | | | | | | | |
| 2018 | 8592KA | 1FDYR2CM3JKA75585 | | | | | | | | |
| 2022 | no tag listed | 1FDBR1CG9NKA67331 | | | | | | | | |
| 2022 | 494ZTE | 1FDBR1CG7NKA01747 | Integrated Leasing | 10018826 | | | | $ 9,887.63 | $ 2,889.51 | 6/1/2026 |
| 2023 | no tag listed | 1HA3GRC72PN000368 | Integrated Leasing | 10019312 | | | | $ 76,881.78 | $ 5,287.77 | 4/1/2027 |
| 2023 | no tag listed | 1FDBR1CG1PKA87964 | Huntington | 003-0859156-501 | 3/7/2024 | | $ 116,464.32 | $ 58,141.28 | $ 2,426.34 | |
| 2023 | no tag listed | 1FDBR1CG3PKA88062 | Huntington | 003-0859156-502 | 4/4/2024 | | $ 122,163.60 | $ 68,550.06 | $ 2,036.06 | |
| 2019 | EFF037 | 1C4RDJDG9KC559735 | Bridgecap | Line of Credit | | | | | | |
| 2021 | P697937 | 1FDWE3FN4MDC00051 | | | | | | | | |
| 2021 | P807815 | 1FDWE3FN8MDC15779 | | | | | | | | |
| 2021 | P821382 | 1FDWE3FN0MDC10348 | | | | | | | | |
| 2021 | P829028 | 1FDWE3FN5MDC38596 | | | | | | | | |
| 2022 | P836929 | 1FDWE3FN3NDC23614 | | | | | | | | |
| 2022 | P848275 | 1FDWE3FN6NDC35921 | | | | | | | | |
| 2023 | P868314 | 1FDWE3FN3PDD38359 | Integrated Leasing | 10019027 | | | | $ 19,018.55 | $ 3,544.43 | 9/15/2026 |
| 2023 | P875176 | 1HA3GRC76PN000065 | Integrated Leasing | 10019311 | | | | $ 51,012.05 | $ 4,963.02 | 2/20/2027 |

Case 26-20894-jrs  Doc 83  Filed 07/27/26  Entered 07/27/26 18:54:44  Desc Main Document  Page 13 of 110

Amerimed Emergency Medical Services LLC
Case No. 256-20894
Vehicle Schedule

| Year | plate | VIN | Financing Co. | Account | Contract Date | APR | Original Balance | Balance | Pmt Amount | Maturity Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | 762AFR | 1FDWE3FN9RDD00279 | Integrated Leasing | 10019466 | | | | $ 63,966.78 | $ 4,443.13 | 5/25/2027 |
| 2023 | P884653 | 1HA3GRC79PN000402 | Integrated Leasing | 10019558 | | | | $ 90,173.39 | $ 5,199.27 | 7/25/2027 |
| 2023 | P884698 | 1FDBR1CG8PKA87945 | Huntington | 003-0859156-501 | 3/7/2024 | | $ 116,464.32 | $ 58,141.28 | $ 2,426.34 | |
| 2023 | P884741 | 1FDBR1CG1PKA87950 | Huntington | 003-0859156-501 | 3/7/2024 | | $ 116,464.32 | $ 58,141.28 | $ 2,426.34 | |
| 2019 | JEH 4901 | 1C4RDJAG8KC585408 | | | | | | | | |
| 2021 | JVV 3733 | 1C4RDHAG3MC761535 | | | | | | | | |
| 2022 | GEU101 | 1C4RDJDG6NC220015 | Integrated Leasing | 10019358 | | | | $ 21,405.60 | $ 1,427.04 | 3/20/2027 |
| 2023 | GJP264 | 1C4RDHDGOPC718769 | Affinity | 1869446-10 | 4/11/2024 | 7.99% | $ 36,241.63 | $ 24,349.77 | $ 682.64 | 10/26/2029 |
| 2021 | UVP 483 | 1C4RDHDG0MC660531 | | | | | | | | |
| 2019 | TIE 108 | 1C4RDHDGXKC650635 | | | | | | | | |
| 2020 | EKE906 | 1C4RDHAG0LC165989 | Bridgecap | Line of Credit | | | | | | |
| 1971 | #N/A | CE106F121035 | | | | | | | | |
| 2020 | EMQ 061 | 1C4RDHAG9LC165988 | Bridgecap | Line of Credit | | | | | | |
| 2018 | EZN353 | 1FMJU1HT6JEA27359 | Bridgecap | Line of Credit | | | | | | |
| 2021 | no tag listed | 1C4RDHAG5MC520169 | Bridgecap | Line of Credit | | | | | | |
| 2020 | GEU099 | 1C4RDHDG1LC410987 | Ally Auto | 228-2503-91281 | 5/22/2023 | 11.59% | $ 32,808.68 | $ 18,854.64 | $ 726.26 | 4/22/2028 |
| 2023 | GCF171 | 1YGHD2020PB257146 | | | | | | | | |
| 2023 | GGQ167 | 1FDWE3FNXPDD38357 | ? | 10019250 | | | | $ 58,687.98 | $ 4,514.46 | 1/25/2027 |
| 2023 | no tag listed | 1FDBR1CG3PKA88100 | Huntington | 003-0859156-501 | 3/7/2024 | | $ 116,464.32 | $ 58,141.28 | $ 2,426.34 | |

Case 26-20894-jrs   Doc 83   Filed 07/27/26   Entered 07/27/26 18:54:44   Desc Main
Document   Page 14 of 110

**Fill in this information to identify the case:**

Debtor name        Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    2:26-bk-20894

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| **2.1** 1st Source Bank | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
| --- | --- | --- | --- |

Creditor's Name

PO Box 783
South Bend, IN 46624

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** Affinity Bank | Describe debtor's property that is subject to a lien<br>Multiple vehicles | $120,098.25 | $0.00 |
| --- | --- | --- | --- |

Creditor's Name
Attn: Bankruptcy
P.O. Box 583
Monroe, GA 30655

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**2.3** Ally Financial

Creditor's Name

P.O. Box 380901
Minneapolis, MN 55438

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Multiple vehicles

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,998.96          $0.00

---

**2.4** Bridgecap Equities LLC

Creditor's Name

1706 Ave M
Brooklyn, NY 11230

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Multiple motor vehicles used by Debtor

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown          $0.00

---

**2.5** Bridgecap Financial LLC

Creditor's Name

19790 W Dixie Hwy
Miami, FL 33180

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**2.6** Cashera Private Credit Inc

Creditor's Name

PMB 1216
2795 E Cottonwood Pkwy,
Ste 300
Salt Lake City, UT 84121

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

---

**2.7** Core Funding Source

Creditor's Name

49 Front St
Ste 6
Rockville Centre, NY 11570

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

---

**2.8** De Lage Landen Financial Services Inc

Creditor's Name

Attn: Bankruptcy
1111 Old Eagle School Rd
Wayne, PA 19087

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/1/2025

**Last 4 digits of account number**
7553

**Describe debtor's property that is subject to a lien**
Multiple vehicles

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$879,445.00    $0.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Epic Advance | | |
|---|---|---|---|

Creditor's Name

30 Sims Ave
Lakewood, NJ 08701

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown       $0.00

---

| 2.10 | Ford Motor Credit Company | | |
|---|---|---|---|

Creditor's Name

P.O. Box 105697
Atlanta, GA 30348

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$229,300.67       $0.00

---

| 2.11 | Forever Funding LLC | | |
|---|---|---|---|

Creditor's Name
2389 Main St
Ste 100
Glastonbury, CT 06033

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**

Unknown       $0.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

**2.12**

Horizon Capital NY LP

Creditor's Name

2365 Nostrand Ave
Brooklyn, NY 11210

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown      $0.00

---

**2.13**

Instafunders LLC

Creditor's Name
Attn Yoel Pesso, RA
3250 NE 1st Ave, Ste 307
Miami, FL 33137

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Unknown      $0.00

---

**2.14**

Internal Revenue Service

Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Pre-petition accounts receivable.

**Describe the lien**

$9,501,000.00      $8,518,446.37

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 8

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

Federal Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.15 Litefund Solutions LLC**
Creditor's Name
99 Wall St
Ste 2613
New York, NY 10005
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

---

**2.16 M & K Capital LLC**
Creditor's Name
Attn: Kelly Reid, RA
1602 Kings View Dr
Bel Air, MD 21015
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

---

**2.17 Meged Funding Group**   Describe debtor's property that is subject to a lien   $0.00   $0.00

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 6 of 8 |
|---|---|---|

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

Creditor's Name
108 W 39th St
Ste 1006 #2171
New York, NY 10018
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

**2.18** Metropollitan Commercial Bank

**Describe debtor's property that is subject to a lien**          $0.00          $0.00

Creditor's Name
99 Park Ave
12th Floor
Wilmington, OH 45177
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19** SSC Ventures LLC

**Describe debtor's property that is subject to a lien**          $0.00          $0.00

Creditor's Name

1473 Sever Creek Dr
Lawrenceville, GA 30043
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.20 | Wynwood Capital Group LLC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

d/b/a Kingdom Kapital
99 Wall St, Ste 2613
New York, NY 10005

Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $10,780,842.88 |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Baker & Summy PC<br>6340 Sugarloaf Pkwy<br>Ste 200<br>Duluth, GA 30097 | Line  2.19 | |
| Bridgecap Financial LLC<br>1 Princeton Ave<br>Brick, NJ 08724 | Line  2.5 | |
| Bridgecap Financial LLC<br>7901 4th St N<br>Ste 300<br>Saint Petersburg, FL 33702 | Line  2.5 | |
| Epic Advance<br>311 Boulevard of the Americas<br>Ste 203<br>Lakewood, NJ 08701 | Line  2.9 | |
| Robinson Franzman LLP<br>Attn: Christopher P. Berney<br>191 Peachtree St NE, Ste 2600<br>Atlanta, GA 30303 | Line  2.4 | |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)   2:26-bk-20894

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Bay County Tax Collector
PO Box 2285
Panama City, FL 32402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $780.06    Priority amount: $780.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
City of Buford
Business License Renewal
2300 Buford Hwy
Buford, GA 30518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,929.17    Priority amount: $2,929.17

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
City of Oak Ridge
200 South Tulane Ave
Oak Ridge, TN 37830

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $717.58    Priority amount: $717.58

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Amerimed Emergency Medical Services LLC**      Case number (if known)    2:26-bk-20894
_____
Name

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $496,158.07 | $481,722.92 |

**2.4** Priority creditor's name and mailing address
Employee Wage Claims
See attached Exhibit

As of the petition filing date, the claim is:    $496,158.07    $481,722.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** Priority creditor's name and mailing address
Hall County Tax Commissioner
PO Box 1579
Gainesville, GA 30503

As of the petition filing date, the claim is:    $1,185.03    $1,185.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address
Hamilton County Trustee
PO Box 11047
Chattanooga, TN 37401

As of the petition filing date, the claim is:    $1,584.72    $1,584.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.7** Priority creditor's name and mailing address
ILLINOIS DEPARTMENT OF
REVENUE
PO BOX 19053
SPRINGFIELD, IL 62794

As of the petition filing date, the claim is:    $10,193.81    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8** Priority creditor's name and mailing address
Indiana Department of Revenue
PO Box 595
Indianapolis, IN 46206-0595

As of the petition filing date, the claim is:    $6,939.00    $6,939.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

### 2.9

**Priority creditor's name and mailing address**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$400,000.00   $400,000.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

### 2.10

**Priority creditor's name and mailing address**
Montgomery County Trustee
PO Box 368
Clarksville, TN 37041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,098.76   $5,098.76

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

### 2.11

**Priority creditor's name and mailing address**
Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,206.52   $16,206.52

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

### 2.12

**Priority creditor's name and mailing address**
OREGON DEPARTMENT OF REVENUE
PO BOX 14950
SALEM, OR 97309-0950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,975.10   $2,975.10

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

### 2.13

**Priority creditor's name and mailing address**
Rutherford County Trustee
PO Box 1316
Murfreesboro, TN 37133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$168.00   $168.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**2.14** Priority creditor's name and mailing address
Tennessee Department of Revenue
500 Deaderick St
Nashville, TN 37242

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$113,016.02      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
103 Corporate Blvd, LLC
PO Box 257
Saint Matthews, SC 29135

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,856.84

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
24 Hr Garage Door Service
PO Box 580
Elgin, SC 29045

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,202.98

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Accuhealth Technologies, LLC
200 S. 10th Street
Suite 103
McAllen, TX 78501

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,529.60

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Adam Banaczyk
1939 Stokes Chapel Rd
Elkton, KY 42220

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AES Indiana
PO Box 110
Indianapolis, IN 46206

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$209.38

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address**
AFCO
150 N. Field Dr
Suite 190
Lake Forest, IL 60045

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$46,045.26

---

**3.7** | **Nonpriority creditor's name and mailing address**
Agee Musice Public Strategies
191 Peachtree St NE
Suite 4800
Atlanta, GA 30303

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$56,000.00

---

**3.8** | **Nonpriority creditor's name and mailing address**
Airespring
File 1422
1801 W. Olympic Blvd.
Pasadena, CA 91199-1422

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$524.42

---

**3.9** | **Nonpriority creditor's name and mailing address**
Airgas
259 N. Radnor-Chester Rd
Ste 100
Wayne, PA 19087

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$53,339.25

---

**3.10** | **Nonpriority creditor's name and mailing address**
Alexander Baum et al
c/o Adam Lubow
Niles Legal Group LLC
700 W St. Clair Ave, Ste 320
Cleveland, OH 44113

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$0.00

---

**3.11** | **Nonpriority creditor's name and mailing address**
ALLDATA LLC
PO BOX 848379
Dallas, TX 75284-8379

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$818.00

---

**3.12** | **Nonpriority creditor's name and mailing address**
ALLIED BENEFIT SYSTEMS, LLC
PO Box 211651
Eagan, MN 55121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

$109,134.29

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $342.02

American Electric Power Ohio
PO Box 371496
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $550.00

American Towing & Wrecker Service
3720 SW Sisters Welcome Rd
Lake City, FL 32024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,250.00

AMSA Protected Cell of medTRANS
706 Rochester Rd
Pittsburgh, PA 15237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,780.01

Anchor Fleet Inc.
315 Waldron Rd
La Vergne, TN 37086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,001.73

Anthem Blue Cross
Overpayment Recovery
PO Box 73651
Cleveland, OH 44193-1177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,876.00

Anthony Auletta

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $88.30

Ascension St Vincent Hospital
PO Box 778769
Chicago, IL 60677-8769

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,433.35

Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.21** | **Nonpriority creditor's name and mailing address**
AT&T
208 S. Akard St.
Dallas, TX 75202

**As of the petition filing date, the claim is:** *Check all that apply.*

$180.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
athenahealth, Inc.
311 Arsenal Street
Watertown, MA 02472

**As of the petition filing date, the claim is:** *Check all that apply.*

$23,498.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
Atlanta Vibe
139 Dudley Court
Atlanta, GA 30327

**As of the petition filing date, the claim is:** *Check all that apply.*

$125.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
Atlantic Emergency Solutions
12351 Randolph Ridge Lane
Manassas, VA 20109

**As of the petition filing date, the claim is:** *Check all that apply.*

$615.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
Axle Surgeons LLC
248 Major Wallace Road
Cadiz, KY 42211

**As of the petition filing date, the claim is:** *Check all that apply.*

$3,350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
Ayaan Wireless, Inc.
1081 Nash Lee Dr SW
Lilburn, GA 30047

**As of the petition filing date, the claim is:** *Check all that apply.*

$3,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
Bandaid Express
390 Derrick Drive
Irmo, SC 29063

**As of the petition filing date, the claim is:** *Check all that apply.*

$1,520.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
Banquest Payment Systems
1875 Swarthmore Ave
Lakewood, NJ 08701

**As of the petition filing date, the claim is:** *Check all that apply.*

$49.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.85 |
|---|---|---|---|

Belflower Equipment & Machine Works
PO Box 60
Sycamore, GA 31790

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $273,815.50 |
|---|---|---|---|

Benchmark Insurance Company
PO Box 857
Lawrenceville, GA 30046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,701.93 |
|---|---|---|---|

Best One of Indy
6362 E 82nd St
Indianapolis, IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.73 |
|---|---|---|---|

Best One Tire of Chattanooga
2348 Rossville Blvd
Chattanooga, TN 37408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,987.16 |
|---|---|---|---|

BETHESDA HOSPITAL INC
2815 S Seacrest Blvd
Boynton Beach, FL 33435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.95 |
|---|---|---|---|

Bibb County Sheriff's Office
PO Box 746902
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $441.14 |
|---|---|---|---|

Bill's Transmission
1429 Balboa Avenue
Panama City, FL 32401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,434.00 |
|---|---|---|---|

Bishop Barns, LLC
737 Harry McCarty Rd
Suite 105
Bethlehem, GA 30620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

Blue Sky Systems
4250 Keith Bridge Road
Cumming, GA 30041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428,288.22 |
|---|---|---|---|

Bridgefield Casualty Insurance Company
1832 Schilling Blvd W
Collierville, TN 38017

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

Brock Lawn & Pest Control
3005 South Hwy 77
PO Box 329
Lynn Haven, FL 32444

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Bryan Dawkins
4584 Slygo Rd
Trenton, GA 30752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $985.00 |
|---|---|---|---|

Bug House Pest Control
PO Box 782
Milledgeville, GA 31059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

Burris Lawn Service
3195 Candlestick Loop
Columbus, GA 31909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.74 |
|---|---|---|---|

C and C Oxygen Co.
3615 Rossville Blvd
Chattanooga, TN 37407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.21 |
|---|---|---|---|

Cadence Petroleum Group
PO Box 4006
Asheboro, NC 27204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.45** | Nonpriority creditor's name and mailing address | | $152,093.54
Calhoun Automotive
1000 Highway 411 NE
Ranger, GA 30734

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | | $24,932.01
Callidus Health LLC
47 W Division St.
#480
Chicago, IL 60610

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | | $660.00
Camco Commercial Door Company, LLC
208 Early Dr
Powell, TN 37849

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | | $1,236.21
CAPITAL TOWING AND RECOVERY
1306 HARMON AVE
COLUMBUS, OH 43223

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | | $456.75
Capital Waste Services
PO Box 70918
Charlotte, NC 28272

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | | $16,101.87
Cardiotronix
2105 Barrett Park Dr NW
Ste 107
Kennesaw, GA 30144

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | | $477.84
CDE Lightband
2021 Wilam Rudolph Blvd
Clarksville, TN 37040

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | | $9,068.00
Cedar Bluff Towing Inc
PO Box 31018
Knoxville, TN 37930

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.53** | **Nonpriority creditor's name and mailing address**
Central Florida Expwy Auth-AEMS
PO Box 720218
Orlando, FL 32872

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$89.50**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
Chatham County GA Police Department
CO Photo Speed - Processing Center
4411 Oakwood Drive
Chattanooga, TN 37416

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**
Chattanooga Gas
PO Box 5408
Carol Stream, IL 60197

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,228.81**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**
Christian Brothers Automotive
Mike Garrison
1005 Woodruff Rd
Greenville, SC 29607

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$99.95**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address**
Christian Brothers Automotive OH
4965 E Royalton Rd.
Broadview Heights, OH 44147

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,095.81**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**
Cigna
900 Cottage Grove Road
Bloomfield, CT 06002

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,975.50**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**
CIGNA
CO Asset Protection Unit
PO Box 32261
Amarillo, TX 79120

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$354.47**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**
Cincinnati Life Insurance
PO Box 631205
Cincinnati, OH 45263

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$479.61**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address**
Cintas
PO Box 625737
Mason, OH 45040

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,339.45**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**
Citizens Energy Group
PO Box 7056
Indianapolis, IN 46207

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.90**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**
City of Albany Public Safety Initiative
P.O. Box 533507
Atlanta, GA 30353-3507

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,080.00**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**
City of Buford Gas
2300 Buford Hwy
Buford, GA 30518

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,558.84**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**
City of Chattanooga Wastewater Dept
City of Chattanooga Waste Resources Div
PO Box 591
Chattanooga, TN 37401

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$73.10**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**
CIty of Clarksville
P.O. Box 928
Clarksville, TN 37041-0928

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$873.00**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address**
City of Columbus School Safety Program
PO Box 4013
Atlanta, GA 30302-4013

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$80.00**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**
City of Indianapolis
200 E. Washington Street
Room 2260
Indianapolis, IN 46204

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$165.00**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __
Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94.50 |
|---|---|---|---|

City of Lake City
173 NW Hillsboro St
Lake City, FL 32055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $172.53 |
|---|---|---|---|

City of Lebanon Utilities
200 North Castle Heights Ave
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380.00 |
|---|---|---|---|

City of Norcross
School Safety Initiative
PO Box 533507
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13.40 |
|---|---|---|---|

City of Rome Water & Sewer
PO Box 1711
Rome, GA 30162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

City of South Fulton Police
Citation Processing Center
3903 Volunteer Dr - Suite 400
Chattanooga, TN 37416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.00 |
|---|---|---|---|

City of Warner Robins
School Zone Safety Program
PO Box 533507
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $450.00 |
|---|---|---|---|

City Square Shopping Center
260 W Main St
Suite 104
Hendersonville, TN 37075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

Coaching Systems LLC
PO Box 760
Parker, CO 80134-0760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.88 |
|---|---|---|---|

Coastal Waste & Recycling
PO Box 632201
Cincinnati, OH 45263-2201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,897.94 |
|---|---|---|---|

Colonial Life and Accident Ins. Co
PO Box 1365
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,248.84 |
|---|---|---|---|

Colquitt EMC
PO Box 3608
Moultrie, GA 31776

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
|---|---|---|---|

Columbia Gas of Ohio
PO Box 4629
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191.25 |
|---|---|---|---|

Comcast Business
PO Box 70219
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.98 |
|---|---|---|---|

Comporium
PO Box 470
Rock Hill, SC 29731

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,810.67 |
|---|---|---|---|

Consensus Cloud Solutions, LLC
P.O. Box 51873
Los Angeles, CA 90051-6173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $107.97
Consolidated Utility
PO Box 249
Murfreesboro, TN 37133
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,870.56
Corporate Billing, LLC
Dept 100
PO Box 830604
Birmingham, AL 35283
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $339.00
Corporate Filings, LLC
30 N Gould St
Suite 700
Sheridan, WY 82801
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,188.52
Corporate Leasing & Investment Co., Inc.
3050 US Highway 41 N
Tifton, GA 31793
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,069.15
Cotiviti Inc
10701 S River Front Pkwy
Unit 200
South Jordan, UT 84095
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,858.00
Cotton's Towing
12725 Old Hickory Boulevard
Antioch, TN 37013
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $323.88
Cox Business
PO Box 919367
Dallas, TX 75391-9367
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,800.00
Crooked Creek Farm, LLC
157 County Road 637
Roanoke, AL 36274
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.92** | **Nonpriority creditor's name and mailing address**
Culligan Atlanta
1675 Lakes Parkway
Suite 114
Lawrenceville, GA 30043

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.18

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
David V. Couch
9950 Center Hill Road
Collierville, TN 38107

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,951.45

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
Discount Tire
The Reinalt-Thomas Corp
PO Box 842349
Los Angeles, CA 90084

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,145.77

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
DJL, LLC
PO Box 681194
Franklin, TN 37068

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,282.50

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**
DLL FInance LLC/De Lage Landen
1111 Old Eagle School Rd
Wayne, PA 19087

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,779.74

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**
Dominic Neal Mastruserio
3380 Tremont Rd Ste 140
Columbus, OH 43221

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$169.94

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**
Dominion Energy
PO Box 25973
Richmond, VA 23260-5973

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$101.80

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**
Don Hinds Ford
12610 Ford Drive
Fishers, IN 46038

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,747.20

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.100** | **Nonpriority creditor's name and mailing address**
Doug Yates Towing LLC
2306 E. 23rd Street
Chattanooga, TN 37407

**As of the petition filing date, the claim is:** *Check all that apply.*   **$1,577.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**
Duke Energy
PO Box 1094
Charlotte, NC 28201

**As of the petition filing date, the claim is:** *Check all that apply.*   **$268.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**
East Ridge Auto Alignment
5506 Ringgold Rd
Chattanooga, TN 37412

**As of the petition filing date, the claim is:** *Check all that apply.*   **$2,706.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**
ECS, Inc
2750 Prosperity Ave
Ste 600
Fairfax, VA 22031

**As of the petition filing date, the claim is:** *Check all that apply.*   **$23,340.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**
Edge Business Systems
1250 Northmeadow Pkwy
Suite 100
Roswell, GA 30076

**As of the petition filing date, the claim is:** *Check all that apply.*   **$321.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**
Elevos Revenue Management
PO Box 2584
Lagrange, GA 30241

**As of the petition filing date, the claim is:** *Check all that apply.*   **$410.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
Emerald Coast Auto Repair, Inc.
1115 W 15th ST
Panama City, FL 32401

**As of the petition filing date, the claim is:** *Check all that apply.*   **$5,577.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
Emergency Medical Resources
170 Hickory Lake Rd
Eads, TN 38028

**As of the petition filing date, the claim is:** *Check all that apply.*   **$2,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.108** | **Nonpriority creditor's name and mailing address**
Emergency Medicine Services of TN
1000 TN-28 North
Jasper, TN 37347-3638

**As of the petition filing date, the claim is:** Check all that apply.                    $678.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**
Enbridge Gas Ohio
PO Box 26785
Richmond, VA 23261

**As of the petition filing date, the claim is:** Check all that apply.                    $1,502.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
EPB
PO Box 182254
Chattanooga, TN 37422

**As of the petition filing date, the claim is:** Check all that apply.                    $1,065.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**
EpiCity Real Estate Services
430 Plasters Avenue, NE
Suite 100
Atlanta, GA 30324

**As of the petition filing date, the claim is:** Check all that apply.                    $11,552.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**
Experian Health
PO Box 846133
Los Angeles, CA 90084

**As of the petition filing date, the claim is:** Check all that apply.                    $1,942.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**
Express Towing & Recovery
1576 West Ave
Crossville, TN 38555

**As of the petition filing date, the claim is:** Check all that apply.                    $850.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**
Faith Investments
184 Industrial Drive
Clarksville, TN 37040

**As of the petition filing date, the claim is:** Check all that apply.                    $854.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
FDOT
PO Box 31241
Tampa, FL 33631

**As of the petition filing date, the claim is:** Check all that apply.                    $191.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.81 |
|---|---|---|---|

Federal Express
DEPT LA
PO Box 21415
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

First Fire & Safety Enterprises, LLC
234 East Black St.
Rock Hill, SC 29730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,245.85 |
|---|---|---|---|

FIRST Insurance Funding
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,894.50 |
|---|---|---|---|

First Responder Outfitters
2775 S Campbell Ave
Springfield, MO 65807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,817.91 |
|---|---|---|---|

Firstnet
AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.60 |
|---|---|---|---|

FleetWorx, LLC
1318 South Mock Road
Albany, GA 31705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.88 |
|---|---|---|---|

Florida U.C. Fund
5050 W Tennessee St
Tallahassee, FL 32399-0110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |
|---|---|---|---|

Focus Lawn & Landscape
715 Airport Road
Panama City, FL 32405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address**<br>FP Finance<br>PO Box 660831<br>Dallas, TX 75266 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $961.41 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address**<br>FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101.46 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address**<br>FROST LAW<br>839 Bestgate Road<br>Suite 400<br>Annapolis, MD 21401 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,856.85 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address**<br>FULL SPEED<br>MyFleetCenter.com<br>PO Box 620130<br>Middleton, WI 53562 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,193.77 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address**<br>Gary Yeomans Ford Knoxville<br>4101 Clinton Highway<br>Knoxville, TN 37912 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,407.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.129 | **Nonpriority creditor's name and mailing address**<br>Gas South<br>PO Box 530552<br>Atlanta, GA 30353-0552 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $684.11 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.130 | **Nonpriority creditor's name and mailing address**<br>GATS, INC. dba TIFT GENERAL TIRE<br>425 West Seventh Street<br>Tifton, GA 31794 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,163.35 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address**<br>Georgia Department of Labor<br>148 Andrew Young Intl Blvd NE<br>Atlanta, GA 30303 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129,625.86 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.132** | **Nonpriority creditor's name and mailing address**
Georgia Department of Revenue
1800 Century Blvd NE
Atlanta, GA 30345

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$129,376.45**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**
Georgia EMS Association
386 River Point Drive
McDonough, GA 30252

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,650.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**
Georgia Hospital Association
380 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**
Georgia Power
96 Annex
Atlanta, GA 30396

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,550.22**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**
Golddust, LLC
1122 Brinkley Ave
Murfreesboro, TN 37129

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,868.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address**
Golden Environmental
21 FARMERS MARKET RD
Tifton, GA 31794

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$97.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address**
Great American Financial Services
PO Box 660831
Dallas, TX 75266

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,932.56**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**
Greene Ford
2365   Browns Bridge Rd
Gainesville, GA 30504

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,556.91**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.37 |
|---|---|---|---|

Greenville Water
PO Box 687
Greenville, SC 29602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $414.75 |
|---|---|---|---|

Gregory Pest Solutions
PO BOX 735458
Dallas, TX 75373-5458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83,089.41 |
|---|---|---|---|

Gunby Communications, Inc.
3535 Piedmont Rd NE
Building 14
Atlanta, GA 30305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75.00 |
|---|---|---|---|

Gwinnett School Zone Safety Program
PO Box 533507
Atlanta, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,251.78 |
|---|---|---|---|

HALLS SERVICE CENTER
3725 CUNNINGHAM RD
KNOXVILLE, TN 37918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,709.23 |
|---|---|---|---|

Hamilton Medical
201 Edison Way - Unit A
Reno, NV 89502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Hannah Stripling
653 WIlder Rd
Moultrie, GA 31788

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,004.98 |
|---|---|---|---|

Hardy Realty & Development
1609 Martha Berry Blvd
PO Box 51
Rome, GA 30162

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | $6,685.76

Harrison Tire
PO Box 1215
Gainesville, GA 30503

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | $2,324.85

Hayes Chrysler
3115 Frontage Road
Gainesville, GA 30504

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | $995.00

Henline Inc
291W - 600N
Huntington, IN 46750

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | $2,245.77

Henry Schein
Box 371952
Pittsburgh, PA 15250-7952

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | $42,809.55

Hillsdale Owner I, LLC
123 Prospect St
7450

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | $128,545.20

Hire Health LLC
1100 Circle 75 Pkwy SE
Suite 1400
Atlanta, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | $6,405.90

Holston Gases
121 Southwest Dr
Spartanburg, SC 29303

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | $2,693.19

Hulsey, Oliver & Mahar, LLP
200 E.E. Butler Pkwy
PO Box 1457
Gainesville, GA 30503

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.156** | **Nonpriority creditor's name and mailing address**
HYDE PARK CAPITAL ADVISORS, LLC
701 N Franklin St.
Tampa, FL 33602

**As of the petition filing date, the claim is:** *Check all that apply.*

$45,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.157** | **Nonpriority creditor's name and mailing address**
Illinois Tollway Authority
PO Box 5544
Chicago, IL 60680

**As of the petition filing date, the claim is:** *Check all that apply.*

$18.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**
Illuminating Company
PO Box 3687
Akron, OH 44309

**As of the petition filing date, the claim is:** *Check all that apply.*

$227.37

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**
Inflection Points LLC
6190 Powers Ferry Rd
Ste 230
Atlanta, GA 30339

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**
Integrated Vehicle Leasing Inc
734 Walt Whitman Rd
Ste 304
Melville, NY 11747

**As of the petition filing date, the claim is:** *Check all that apply.*

$2,046,070.13

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**
Integrated Vehicle Leasing, Inc
734 Walt Whitman Road
Melville, NY 11747

**As of the petition filing date, the claim is:** *Check all that apply.*

$2,263.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**
Integrated Work Comp Solutions LLC
800 Oak Ridge Turnpike
A-500
Oak Ridge, TN 37830

**As of the petition filing date, the claim is:** *Check all that apply.*

$46,429.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**
IPFS
PO Box 412086
Kansas City, MO 64141-2086

**As of the petition filing date, the claim is:** *Check all that apply.*

$34,779.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,544.59

J-MAC Fab
3784 Calhoun Memorial Hwy
Greenville, SC 29611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $109.22

Jackson EMC
PO Box 100
Jefferson, GA 30549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $268,385.44

James River Solutions
6641 West Broad St
Suite 100
Richmond, VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,934.00

Jasper Engines & Transmissions
815 Wernsing Road
Jasper, IN 47546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,552.50

JD Extinguisher Service, Inc
PO Box 1247
Grayson, GA 30017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $122.22

Jiffy Lube
PO BOX 620130
Middleton, WI 53562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $116,424.55

John H. Llyod, MD
960 Johnson Ferry Rd
Suite 500
Atlanta, GA 30342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,398.96

Jorie Healthcare Partners
1000 Jorie Blvd
Ste 370
Oak Brook, IL 60523-4512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Kanitra Little
c/o Kenneth S Nugent PC
4227 Pleasant Hill Rd, Bldg 11
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,331.50

KASTNER WESTMAN & WILKINS
3550 W MARKET ST SUITE 100
AKRON, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,507.63

Kelkid, LLC
4156 S Creek Rd
Chattanooga, TN 37406-1021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,618.93

Ken Smith Auto Parts
PO Box 306459
Nashville, TN 37230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $740.00

Ken's Exterminating
PO Box 2169
Smyrna, TN 37167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,654.89

KIMBALL MIDWEST
DEPT L-2780
COLUMBUS, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,067.81

Koorsen Fire & Security
2719 N Arlington Ave
Indianapolis, IN 46218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,257.00

KUB
PO Box 59029
Knoxville, TN 37950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address**
Lae's Heat & Air
4687 Barfield Crescent Road
Murfreesboro, TN 37128

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$350.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**
Lanier Islands
7000 Lanier Islands Pkwy
Buford, GA 30518

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,797.30**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
Lexington Medical Center
PO BOX 896258
Charlotte, NC 28289

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$147.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
Lexipol
2611 Internet Blvd
Ste0100
Frisco, TX 75034

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,055.64**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**
Liberty Utilities
2300 Victory Drive
Columbus, GA 31901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$214.34**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**
Lindley's Refrigeration II
1039 Dunklin Bridge Rd
Fountain Inn, SC 29644

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$420.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**
Lochmandy Chevrolet of Bremen
1315 W Plymouth St
Bremen, IN 46506

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,271.86**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address**
LOI, LLC
520 W. Summit Hill Dr.
Knoxville, TN 37902

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,550.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|---|
| | Name | | | |

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Luis Gil
4584 Slygo Rd
Trenton, GA 30752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,220.05

Maaco
5880 East 71st St
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $93.63

Macon Water Authority
790 Second St
PO Box 108
Macon, GA 31202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,530.00

Mallory Towing and Recovery
17617 State Rd. 20 West
Suite 2
Blountstown, FL 32424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,873.00

Master Medical Equipment
2345 Dr. E.E. Wright Dr
Jackson, TN 38305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,251.22

Matlock Tire Service
1301 Hwy 321 N
Lenoir City, TN 37771

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $694.95

Mediacom Business
PO Box 71222
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $810.00

MedStatix, Inc.
100 N Queen Street FL3
Lancaster, PA 17603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.196** | **Nonpriority creditor's name and mailing address**
Memphis Light, Gas & Water
PO Box 388
Memphis, TN 38145

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$2,012.00

---

**3.197** | **Nonpriority creditor's name and mailing address**
Mental Health Cooperative
PO Box 639885
Cincinnati, OH 45263-9885

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$14,717.12

---

**3.198** | **Nonpriority creditor's name and mailing address**
Mental Health Heroes
Lowcountry Mental Health Conference
1240 Winnowing Way Suite 102
Mount Pleasant, SC 29464

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$3,500.00

---

**3.199** | **Nonpriority creditor's name and mailing address**
Meritain Health
300 Corporate Pkwy
Amherst, NY 14226

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$2,358,158.11

---

**3.200** | **Nonpriority creditor's name and mailing address**
Midas
Accounts Receivable
1101 Monroe St.
Toledo, OH 43604

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$5,990.94

---

**3.201** | **Nonpriority creditor's name and mailing address**
Middle Tennessee Electric
PO Box 330008
Murfreesboro, TN 37133

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$455.68

---

**3.202** | **Nonpriority creditor's name and mailing address**
Mike Wells Towing LLC
302 Valley Drive
Perry, GA 31069

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$539.00

---

**3.203** | **Nonpriority creditor's name and mailing address**
MINUTE CLINIC DIAGNOSTIC OF OHIO LLC
PO BOX 8427
BELFAST, ME 04915

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

$338.62

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|---|
| | Name | | | |

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,470.00

Minute Men HR
3740 Carnegie Ave
Bldg B - Suite 300
Cleveland, OH 44115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $612.47

Mitchell Irvin
386 Sterling Meadows Court
Demorest, GA 30535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,092.61

Mitchell's Automotive LLC
Dustin Mitchell
5770 Ogeechee Rd
Savannah, GA 31405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,000.00

Mo Thrash
1544 Old Alabama Road
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,818.20

Mobile Health Consultants
CO Victoria Reinhartz
1518 Ormond Terrace
Parrish, FL 34219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198,982.10

Motorola Solutions, Inc.
500 W Monroe St
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00

Municipal Parking Services
11205 Lebanon Road
Unit #449
Mount Juliet, TN 37122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.211** | **Nonpriority creditor's name and mailing address**
Muscogee County School Zone Safety Prog
PO Box 4013
Atlanta, GA 30302-4013

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$75.00**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**
NAFECO
PO Box 2928
Decatur, AL 35602-2928

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$39,219.08**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address**
Napa Auto Parts Chattanooga
2225 East 23rd Street
Chattanooga, TN 37407

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$162.94**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**
National Business Furniture
Sam Cook
770 S 70th Street
Milwaukee, WI 53214

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,402.66**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**
Nationwide Childrens Hospital
DEPT 781629
PO BOX 78000
Detroit, MI 48278

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,645.43**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**
NC Quick Pass
PO Box 14430
Fort Lauderdale, FL 33302

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3.87**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address**
nexAir LLC
1350 Concourse Ave
Ste 103
Memphis, TN 38104

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,331.36**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**
NIPSCO
PO Box 13007
Merrillville, IN 46411-3007

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,370.20**

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.219** | **Nonpriority creditor's name and mailing address**
Nitel, Inc.
350 N Orleans St
Ste 1300N
Chicago, IL 60654

**As of the petition filing date, the claim is:** *Check all that apply.*

$43,470.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**
Noah Grassie et al
c/o Hans A. Nilges
7034 Braucher St NW, Ste B
North Canton, OH 44720

**As of the petition filing date, the claim is:** *Check all that apply.*

$0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address**
Norcross School Safety Initiative
School Safety Initiative
PO Box 25005
Bradenton, FL 34206-5005

**As of the petition filing date, the claim is:** *Check all that apply.*

$300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address**
Northside Hospital Foundation
Dept of Medical Education
975 Johnson Ferry Rd
Suite 550
Atlanta, GA 30342

**As of the petition filing date, the claim is:** *Check all that apply.*

$5,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address**
Northwestern Medical Faculty
Dept 5777
Carol Stream, IL 60122-5777

**As of the petition filing date, the claim is:** *Check all that apply.*

$726.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address**
NSure, Inc.
382 NE 191st Street
Suite 17537
Miami, FL 33179

**As of the petition filing date, the claim is:** *Check all that apply.*

$825.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address**
NTB
5327 Highway 153
Hixson, TN 37343

**As of the petition filing date, the claim is:** *Check all that apply.*

$79.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

### 3.226

**Nonpriority creditor's name and mailing address**
Oak Ridge Utility District
120 S Jefferson Circle
Oak Ridge, TN 37830

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$249.63**

---

### 3.227

**Nonpriority creditor's name and mailing address**
Oakwood Tire Company
3120 Atlanta Hwy
Gainesville, GA 30507

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$426.40**

---

### 3.228

**Nonpriority creditor's name and mailing address**
Occupational Health Ctrs
PO Box 488
Lombard, IL 60148

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$5,758.33**

---

### 3.229

**Nonpriority creditor's name and mailing address**
Office Pro's
2121 Browns Bridge Road
Gainesville, GA 30501

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$5,200.00**

---

### 3.230

**Nonpriority creditor's name and mailing address**
Oglethorpe Co Sheriff
CO Photo Speed
4411 Oakwood Drive
Chattanooga, TN 37416

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$100.00**

---

### 3.231

**Nonpriority creditor's name and mailing address**
Ohio Treasurer of State
30 E Broad St
9th Floor
Columbus, OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$18,911.51**

---

### 3.232

**Nonpriority creditor's name and mailing address**
Ohio Turnpike Commission
PO Box 94672
Cleveland, OH 44101

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$306.50**

---

### 3.233

**Nonpriority creditor's name and mailing address**
OhioHealth Emergency Medical Services
393 E Town St - Suite 214
Columbus, OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**$630.00**

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.234 | **Nonpriority creditor's name and mailing address**<br>On Call Plumbing Heating & Air<br>3770 Fernandina Road<br>Columbia, SC 29210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $153.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address**<br>Optum Financial<br>Attn: Optum Pay Operations<br>11000 Optum Circle - 5th Floor<br>Eden Prairie, MN 55344 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,924.81 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address**<br>Oracle Netsuite<br>2300 Oracle Way<br>Austin, TX 78741 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,553.91 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address**<br>OReilly<br>PO Box 9464<br>Springfield, MO 65801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,101.10 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address**<br>Orkin<br>PO Box 740589<br>Cincinnati, OH 45274 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address**<br>Outlook Mgt Svcs, LLC<br>PO Box 9152<br>Des Moines, IA 50306 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,644.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address**<br>PA Turnpike<br>Toll by Plate Appeal<br>300 East Park Drive<br>Harrisburg, PA 17111-2729 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $294.93 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address**<br>Patriot's Heritage, LLC<br>1403 Attapulgus Climax Rd<br>Attn:  Betty Boyett<br>Climax, GA 39834 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,025.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83,290.08 |
|---|---|---|---|
| | Patrol Upfitters<br>CO Magnolia Financial, Inc.<br>PO Box 740643<br>Atlanta, GA 30374-0643 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,052.58 |
|---|---|---|---|
| | Peachtree Computers<br>2022 Powers Ferry Rd<br>Suite 210<br>Atlanta, GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $425.15 |
|---|---|---|---|
| | Peachtree Immediate Care<br>3465 Macon Road, Suite D<br>Columbus, GA 31907-2582 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,921.22 |
|---|---|---|---|
| | PEDIATRIC & ADOLESCENT MEDICINE<br>5072 REED RD<br>COLUMBUS, OH 43220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $288.47 |
|---|---|---|---|
| | Pediatric Academic Assocation<br>DEPT L289<br>Columbus, OH 43260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.11 |
|---|---|---|---|
| | Penn Credit Corporation<br>2800 Commerce Drive<br>PO Box 69703<br>Harrisburg, PA 17106-9703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,185.18 |
|---|---|---|---|
| | Pep Boys<br>PO Box 8500-50446<br>Philadelphia, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.249** | **Nonpriority creditor's name and mailing address**
PharmD On Demand
125 W Washington St Suite 780
Attn:   Accounting
Athens, GA 30601

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$14.05**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address**
Pinnacle Custom Signs
5170 Belle Wood Ct
Buford, GA 30518

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$74.90**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address**
Pintail formerly R&J Investments
co Pintail Property Services
P.O. Box 756
Greenville, SC 29602

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$479.79**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address**
Platt Springs Automotive and Fleet
3918 Platt Springs Rd
West Columbia, SC 29170-1606

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,661.85**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address**
Pomp's Tire Service
2120 South Harding St
Indianapolis, IN 46221

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$412.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address**
Preciado Lawn Care
1202 Newton Dr
Tifton, GA 31794

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address**
PRECISION AIR
6116 NEW NASHVILLE HWY
MURFREESBORO, TN 37129

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,537.17**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address**
Preferred Realty
8771 Macon Highway, Suite A
Athens, GA 30606

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,500.59**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor    Amerimed Emergency Medical Services LLC                    Case number (if known)    2:26-bk-20894
          Name

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $118.55 |

Primary Wave Local, LLC
Primary Wave Media
49 Marble Avenue
Suite 2
Pleasantville, NY 10570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $153.34 |

Primo Brands
BlueTriton Brands Inc
PO Box 856680
Louisville, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,777.40 |

Professional Acct Mgt, LLC-GSRIK
PO Box 500
Horseheads, NY 14845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,214.06 |

Progressive Commercial
PO Box 6807
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $736.32 |

Pure Water Partners
P.O. Box 24445
Seattle, WA 98124-0445

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $651.20 |

Quality Landscaping LLC
127 Peachtree Parkway
Suite 702
Byron, GA 31008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,093.66 |

Quality Nashville - J Ditto
1902 Wedgewood Ave
Nashville, TN 37212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.264** Nonpriority creditor's name and mailing address
Quality Parts Express
5088 Murfreesboro Rd
La Vergne, TN 37086

As of the petition filing date, the claim is: *Check all that apply.*                                  $2,274.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.265** Nonpriority creditor's name and mailing address
R and R Mgt, Inc.
R&R Enterprises
PO Box 5239
Oak Ridge, TN 37831

As of the petition filing date, the claim is: *Check all that apply.*                                  $650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address
RADIOLOGY ALLIANCE PC
PO BOX 440166
NASHVILLE, TN 37244

As of the petition filing date, the claim is: *Check all that apply.*                                  $122.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.267** Nonpriority creditor's name and mailing address
Regus
15301 Dallas Parkway
Suite 300
Addison, TX 75001

As of the petition filing date, the claim is: *Check all that apply.*                                  $42.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.268** Nonpriority creditor's name and mailing address
REM Group
7765 E Kemper Road
Cincinnati, OH 45249

As of the petition filing date, the claim is: *Check all that apply.*                                  $13,827.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.269** Nonpriority creditor's name and mailing address
Retirement Plan Administrators, LLC
780 Johnson Ferry Rd
Suite 375
Atlanta, GA 30342

As of the petition filing date, the claim is: *Check all that apply.*                                  $3,405.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.270** Nonpriority creditor's name and mailing address
Richard Tom
1021 Redwood Trail
Rockwall, TX 75087

As of the petition filing date, the claim is: *Check all that apply.*                                  $127.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.271** Nonpriority creditor's name and mailing address
Riverlink
PO Box 70
Perry, NY 14530

As of the petition filing date, the claim is: *Check all that apply.*                                  $165.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.272 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $11,290.01 |
|---|---|---|---|---|---|---|
| | RLI Insurance | | | | | |
| | 3655 North Point Parkway | | | | | |
| | Preston Ridge I, Suite 400 | | ☐ Contingent | | | |
| | Alpharetta, GA 30005 | | ☐ Unliquidated | | | |
| | | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.273 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $57,768.40 |
|---|---|---|---|---|---|---|
| | RMS | | | | | |
| | 1 Research Dr | | | | | |
| | Suite 400A | | ☐ Contingent | | | |
| | Westborough, MA 01581 | | ☐ Unliquidated | | | |
| | | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.274 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $1,184.75 |
|---|---|---|---|---|---|---|
| | Rock Solid Mobile Repair, LLC | | ☐ Contingent | | | |
| | 4261 Shallowford Rd | | ☐ Unliquidated | | | |
| | Chattanooga, TN 37411 | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.275 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $2,031.45 |
|---|---|---|---|---|---|---|
| | Ron's Garage LLC | | ☐ Contingent | | | |
| | 1460 West 130th Street | | ☐ Unliquidated | | | |
| | Brunswick, OH 44212 | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.276 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $280.00 |
|---|---|---|---|---|---|---|
| | Ronda Ingwersen | | ☐ Contingent | | | |
| | PO Box 2087 | | ☐ Unliquidated | | | |
| | Roswell, GA 30077 | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.277 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $1,834.87 |
|---|---|---|---|---|---|---|
| | Rowan Landscape | | ☐ Contingent | | | |
| | 6537 Harbor View Dr | | ☐ Unliquidated | | | |
| | Hixson, TN 37343 | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.278 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $6,773.57 |
|---|---|---|---|---|---|---|
| | Rush Creek Investors, LLC | | | | | |
| | 3 Easton Oval | | | | | |
| | Suite 120 | | ☐ Contingent | | | |
| | Columbus, OH 43219 | | ☐ Unliquidated | | | |
| | | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| 3.279 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | | $8,560.00 |
|---|---|---|---|---|---|---|
| | RXCompass | | ☐ Contingent | | | |
| | 411 Bienville St | | ☐ Unliquidated | | | |
| | Natchitoches, LA 71457 | | ☐ Disputed | | | |
| | **Date(s) debt was incurred** __ | | **Basis for the claim:** __ | | | |
| | **Last 4 digits of account number** __ | | Is the claim subject to offset?  ☒ No   ☐ Yes | | | |

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 39 of 51 |
|---|---|---|

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|--------|------------------------------------------|------------------------|---------------|
|        | Name                                     |                        |               |

| 3.280 | **Nonpriority creditor's name and mailing address**<br>S.O.S. Fleet Maintenance, LLC<br>628 Red Oak Rd<br>Stockbridge, GA 30281 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,733.04 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.281 | **Nonpriority creditor's name and mailing address**<br>Safety-Kleen<br>PO Box 975201<br>Dallas, TX 75397 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,608.49 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.282 | **Nonpriority creditor's name and mailing address**<br>Samsara Inc.<br>1 De Har St<br>San Francisco, CA 94103-5205 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,956.58 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.283 | **Nonpriority creditor's name and mailing address**<br>SCDHHS<br>PO Box 8206<br>Columbia, SC 29202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $264,380.63 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.284 | **Nonpriority creditor's name and mailing address**<br>Schaad Companies, LLC<br>PO Box 51058<br>Knoxville, TN 37950 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,691.45 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.285 | **Nonpriority creditor's name and mailing address**<br>Select Tech, Inc.<br>250 N Thompson St<br>Shelbyville, TN 37160 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,634.89 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.286 | **Nonpriority creditor's name and mailing address**<br>Selectcomm, Inc.<br>14476-107 Duval Pl W<br>Jacksonville, FL 32218 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,533.56 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

| 3.287 | **Nonpriority creditor's name and mailing address**<br>Servant Fire Protection LLC<br>820 Fesslers Parkway<br>Suite 135<br>Nashville, TN 37210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $597.59 |
|---|---|---|---|
|  | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |  |
|  | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes |  |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.288** Nonpriority creditor's name and mailing address
Shell's Towing
232 Bowman Lane
Whitwell, TN 37397

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$150.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address
SHERRARD ROE
1600 West End Avenue
Suite 1750
Nashville, TN 37203

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,000.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.290** Nonpriority creditor's name and mailing address
Siddons- Martin Emergency Group
PO BOX 679827
Dallas, TX 75267

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$326.07

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.291** Nonpriority creditor's name and mailing address
Simpson Company Management, LLC
425 Spring St SE
Gainesville, GA 30501

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,951.24

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.292** Nonpriority creditor's name and mailing address
Smith's Auto Repair
3152 Wrightsboro Rd
Augusta, GA 30909

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,975.65

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.293** Nonpriority creditor's name and mailing address
Snapping Shoals
PO Box 73
Covington, GA 30015

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$836.62

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.294** Nonpriority creditor's name and mailing address
South Carolina Department of Revenue
300A Outlet Pointe Blvd
Columbia, SC 29210

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,254.66

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.295** Nonpriority creditor's name and mailing address
South Fulton, GA PD CO Photo Speed
4411 Oakwood Drive
Chattanooga, TN 37416

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|--------|------------------------------------------|--------------------------|----------------|
| | Name | | |

| 3.296 | **Nonpriority creditor's name and mailing address**<br>Southern Connector<br>PO Box 408<br>Piedmont, SC 29673 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24.50 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.297 | **Nonpriority creditor's name and mailing address**<br>Southside EMS Parts LLC<br>4590 Gordon Rd<br>Senoia, GA 30276 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $514.72 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address**<br>Space Building Management Company<br>5201 Clark Ave<br>Cleveland, OH 44102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $696.15 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.299 | **Nonpriority creditor's name and mailing address**<br>Space Comfort Co.<br>5201 Clark Avenue<br>Cleveland, OH 44102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,347.75 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address**<br>SPERRY ELEPHANT PROP MGMT<br>300 Colonial Center Pkwy<br>Suite 100N<br>Roswell, GA 30076 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,125.34 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address**<br>Sprague Automotive Repair<br>6585 US Hwy 41 N<br>Hahira, GA 31632 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,904.19 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address**<br>St Josephs Cardiology LLC<br>11700 Mercy Blevd<br>Savannah, GA 31419-1753 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $644.97 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address**<br>Stafford's Fire Extinguisher Service<br>PO BOX 216<br>Lake City, FL 32056 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $150.50 |
|-------|-----|-----|-----|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.304** | **Nonpriority creditor's name and mailing address**
Stat-Line Industries
2050 Haines St
Jacksonville, FL 32206

**As of the petition filing date, the claim is:** *Check all that apply.*                     $1,575.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**
State Road and Tollway Authority - GA
PO Box 2105
Atlanta, GA 30301

**As of the petition filing date, the claim is:** *Check all that apply.*                     $7,717.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**
Stericycle, Inc.
PO Box 6582
Carol Stream, IL 60197

**As of the petition filing date, the claim is:** *Check all that apply.*                     $2,150.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address**
Strickland Brothers
301 North Main Street
Suite 1600
Winston Salem, NC 27101

**As of the petition filing date, the claim is:** *Check all that apply.*                     $1,441.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address**
Strictly Business Building
12205 Lyndell Plantation Dr.
Panama City Beach, FL 32407

**As of the petition filing date, the claim is:** *Check all that apply.*                     $3,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address**
Stryker Medical
2825 Airview Blvd
Kalamazoo, MI 49002

**As of the petition filing date, the claim is:** *Check all that apply.*                     $785,903.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
Summerville CPW
PO BOX   896430
Charlotte, NC 28289

**As of the petition filing date, the claim is:** *Check all that apply.*                     $100.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
Summit AR
PO Box 131
Champlin, MN 55316

**As of the petition filing date, the claim is:** *Check all that apply.*                     $2,579.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.312** | **Nonpriority creditor's name and mailing address** | | $4,790.70

TAKE 5
PO Box 620130
Middleton, WI 53562

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | | $587.10

TALKSPACE
2578 Broadway #607
New York, NY 10025-9998

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | | $116,070.00

TennCare
Division of TennCare-Accounting
310 Great Circle Road, 4E
Nashville, TN 37243

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | | $27,867.70

The Huntington National Bank
41 S High St
Columbus, OH 43215

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | | $706,260.14

The Huntington National Bank
Attn: Bankruptcy
5555 Cleveland Ave
Columbus, OH 43231

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | | $2,506.25

The Muffler Shop
4800 Bryant Rd
Buford, GA 30518

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | | $24,085.58

The Shop, LLC
2068 HIghway 16W
Newnan, GA 30263

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | | $524.00

Tifton-Tift County Chamber of Commerce
100 Central Ave
PO   Box 165
Tifton, GA 31793

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

**3.320** **Nonpriority creditor's name and mailing address**
Tiltons Automotive Service
6670 Huntley Road
Columbus, OH 43229

**As of the petition filing date, the claim is:** *Check all that apply.*

$1,877.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.321** **Nonpriority creditor's name and mailing address**
TIRE DISCOUNTERS
One East Fourth Street
Cincinnati, OH 45202

**As of the petition filing date, the claim is:** *Check all that apply.*

$4,866.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.322** **Nonpriority creditor's name and mailing address**
Tow Pro
2408 Lloyd Ave
Nashville, TN 37218

**As of the petition filing date, the claim is:** *Check all that apply.*

$16,570.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**
Transmission Masters
5616 Murfreesboro Rd
La Vergne, TN 37086

**As of the petition filing date, the claim is:** *Check all that apply.*

$2,816.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**
Traumasoft
PO Box 1077
Portage, MI 49081

**As of the petition filing date, the claim is:** *Check all that apply.*

$20,774.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**
Treasurer, City of Memphis
PO Box 185
Memphis, TN 38101

**As of the petition filing date, the claim is:** *Check all that apply.*

$164.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**
Treeline, Inc.
15 Lincoln St
Ste 314
Wakefield, MA 01880

**As of the petition filing date, the claim is:** *Check all that apply.*

$16,892.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.327** **Nonpriority creditor's name and mailing address**
Tri-State Exterminating, Inc.
3130 Appling Road
PO Box 199
Ellendale, TN 38029

**As of the petition filing date, the claim is:** *Check all that apply.*

$135.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|---|
| | Name | | | |

**3.328** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $550.00

Trinity Auto Glass
Tiffany Hatchell
1231 S. Irby St
Florence, SC 29505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,327.95

TRIPLE T
Cecil Breedlove
PO Box 2052
Buford, GA 30518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Tyquana Jackson et al
c/o Law Office of Adam Lubow
1360 E 9th St
Room 808
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.70

UBP Parkersburg, LLC
PO Box 604275
Charlotte, NC 28260-4275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $259.59

Uline
PO BOX 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $624.28

Union Auto Parts
P.O. Box 306460
Nashville, TN 37230-6460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,403.95

United Healthcare Insurance Co
PO Box 101760
Atlanta, GA 30392-1760

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.84

United States Treasury
Internal Revenue Service
Ogden, UT 84201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $251.06

Universal Language Service
929 108th Ave NE
Suite 170
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,004.57

Unum Life Insurance
PO Box 100158
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $146.83

UPS
PO Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,783.96

US Premium Finance
280 Technology Pkwy - Suite 200
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $437.40

USA Mobile Drug Testing of N. OH
449 Liberty St.
Medina, OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,986.41

Valor Creations, LLC
5013 Pacific Dunes Dr
Suwanee, GA 30024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91,333.75

Valvoline
100 Valvoline Way
Lexington, KY 40509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
| --- | --- | --- | --- |
| | Name | | |

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.73 |
| --- | --- | --- | --- |

Verisma
PO Box 201327
Dallas, TX 75320-1327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $219,182.89 |
| --- | --- | --- | --- |

Verizon Wireless
PO Box 408
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.18 |
| --- | --- | --- | --- |

Walton EMC
P.O. Box 260
Monroe, GA 30655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.07 |
| --- | --- | --- | --- |

Walton Gas
PO Box 1347
Monroe, GA 30655-1347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.25 |
| --- | --- | --- | --- |

Waste Management
PO Box 660345
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,929.43 |
| --- | --- | --- | --- |

Watson Consoles
1515 Broadway St
Pearland, TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,701.09 |
| --- | --- | --- | --- |

Waystar
Zirmed Inc
1311 Solutions Cener
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,261.00 |
| --- | --- | --- | --- |

WellSky
PO Box 200086
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,818.48 |
|---|---|---|---|

Westbrook Paint and Body LLC
3463 St. Augustine Rd
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $185.03 |
|---|---|---|---|

Windstream
PO Box 9001908
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72.25 |
|---|---|---|---|

Witt Works Environmental, LLC
8629 Tulane Road
Southaven, MS 38671

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90.00 |
|---|---|---|---|

Work Smart Occupational Medicine
4468 Union Rd
Tifton, GA 31794

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,625.41 |
|---|---|---|---|

Workwise Compliance
PO Box 5750
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,665.00 |
|---|---|---|---|

Xplor Commerical Real Estate Corp
127 W Berry St - Suite 700
Attn:   Tom Deitche
Fort Wayne, IN 46802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,535.34 |
|---|---|---|---|

Zep Sales & Service
Acuity Specialty Products
PO Box 404628
Atlanta, GA 30384-4628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.00 |
|---|---|---|---|

ZORES, INC
Zore's Speedway
1300 N Mickley Road
Indianapolis, IN 46224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ☒ No   ☐ Yes

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 49 of 51 |
|---|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

AmeriMed Emergency Medical Services LLC
Case No. 26-20894
Employee Wage Claims

| Employee | Total Due |
|---|---|
| ADAMS, CARRIE | 313.48 |
| ADAMS, NATHANIEL PAUL | 642.56 |
| ADAMS, PRESTON L | 752.50 |
| ADDINGTON, ALYSON NICOLE | 927.21 |
| ALLEN, ANTHONY J | 1,714.15 |
| ANDERSON, ANGELIEK M | 1,264.75 |
| ANDERSON, GARY | 1,474.91 |
| ARYEE, LATEEF K | 1,624.66 |
| ASHTON, VANESSA M | 504.18 |
| ASKEW, LA'CAMRI CHATORI | 1,183.53 |
| ATOBRAH, DONNA | 723.21 |
| AULETTA, ANTHONY | 4,985.43 |
| BACON, JOSEPH B | 2,347.92 |
| BANKS, CHARLES M | 1,306.67 |
| BARFIELD, SYDNEY NICOLE | 552.83 |
| BARNES, KATHERINE A | 2,153.85 |
| BELLINGER, EVELYN | 349.25 |
| BENFORD-WILLIAMS, KIRAH DYANNE | 313.98 |
| BENSON, CHRISTOPHER L | 7,762.02 |
| BIRCHFIEL, JUSTIN LYNN | 1,025.57 |
| BOYKIN, SARA C | 794.10 |
| BRITTON, JOSEPH | 5,179.68 |
| BROOKS, DEREK | 1,657.39 |
| BROUGHTON, DISHAUN L | 728.31 |
| BROWN, SCOTT D | 13,452.74 |
| BUCHANAN, CHRISTOPHER JAMES | 491.10 |
| BUTTERSON, JENNIFER L | 807.67 |
| BYRON, KEVIN | 1,837.11 |
| CAGLE, PAMELA L | 912.49 |
| CAIRNS, ROBERT | 111.66 |
| CALDWELL, BERNARD JAMEL | 873.37 |
| CAMPBELL, TIARA SHERRELL | 266.58 |
| CANNON, JESSICA K | 1,004.92 |
| CARTER, BRYCEN AJANI | 614.32 |
| CHAMBERS, MICHAEL S | 522.08 |
| CHUNG, CHRISTOPHER C | 1,061.46 |
| CLARK, STEPHANIE M | 2,585.07 |
| COBB, TYLER THOMAS | 501.01 |
| COFFEY, KATIE LEIGH | 1,524.16 |
| COLLIER, KAREEM | 1,119.35 |
| CONNORS, BRENDAN PATRICK | 355.65 |
| COOPER, MARLON U | 909.33 |

Amerimed Emergency Medical Services LLC
Case No. 26-20894
Employee Wage Claims

| | |
|---|---:|
| COVINGTON, ELI M | 501.95 |
| COX, LAURA PAIGE | 187.72 |
| CRIBBS, CLAUDE W | 347.81 |
| CROSBY, JERRY W | 1,780.96 |
| CROSS JR, TIMOTHY KEYSHAWN | 1,441.14 |
| CRUMP, LAUREN | 4,341.82 |
| CRUMPTON, MATTHEW | 8,636.75 |
| CULBERTSON, ROBERT J | 2,984.38 |
| DAVIS, ALEXANDRIA | 862.21 |
| DAVIS, DAMARIC D | 289.24 |
| DAWKINS, BRYAN | 4,744.26 |
| DEAN, AMANDA P | 1,305.93 |
| DEAN, KEVIN M | 5,179.64 |
| DEAN, LATOSHA M | 992.66 |
| DEBICE, MICHEAL D | 2,720.33 |
| DECKER, DORIS G | 2,846.54 |
| DEKONING, FRANK P | 211.66 |
| DERKS, CHARLIE | 1,071.08 |
| DEVALK, GARY | 1,471.81 |
| DIXON, TODD M | 31,585.15 |
| DOLENSKY, LEEANN | 410.35 |
| DRAWDY, SUREE JEAN | 381.60 |
| DUBOSE, ROULETTE | 3,275.76 |
| ELLISON, JENNIFER LYNELLE | 2,043.39 |
| FINNEGAN, MATTHEW DOUGLAS | 862.17 |
| FORD, ADAM DELBERT | 1,463.55 |
| FOX, BRITTANY L | 7,866.49 |
| FRITTS, MAXWELL AIDEN | 106.45 |
| GAMBOA, MATTHEW | 1,074.85 |
| GARZ, SHERRI | 1,662.71 |
| GIL, LUIS B | 3,515.25 |
| GILLIAM, MATTHEW R | 761.35 |
| GINTZER, BRADON JAMES | 1,452.87 |
| GODWIN, JOSHUA M | 433.98 |
| GOMEZ, LEONILA | 28.17 |
| GRADDY, JOHN THOMAS | 3,873.82 |
| GRAY, BROOKE LEE | 452.57 |
| GREYWOLFE, JOSEPH SEBASTIAN RAGNARR | 1,417.71 |
| GRIFFIN, CHRISTY L | 847.70 |
| HAMRICK, MARK E | 1,466.20 |
| HARRINGTON, DAVID | 3,615.64 |
| HARRIS, GLENN D | 1,693.63 |
| HASKINS, KHALIL | 1,725.80 |

AmeriMed Emergency Medical Service LLC
Case No. 26-20894
Employee Wage Claims

| | |
|---|---:|
| HELMS, MARK A | 1,875.07 |
| HENDRICKS, MATTHEW K | 1,382.36 |
| HERNDON, JOHN A | 1,871.10 |
| HOLCOMBE, CHRISTOPHER WAYNE | 1,277.89 |
| HOLLAND, KAITLIN I | 2,209.65 |
| HOUCHIN, MATTHEW | 5,421.60 |
| HUNT, MICHAEL | 2,001.13 |
| HURST, JASON DANIEL | 7,792.41 |
| HUSKEY, PERRY R | 3,269.36 |
| ILLING, JUSTIN O | 330.27 |
| ISELEY, MONTY K | 2,151.12 |
| JACKSON, DEMARCUS QUENTEZ | 1,206.20 |
| JAMES III, REGINALD P | 13,203.06 |
| JOHNS, DIANETTA OLIVIA | 89.33 |
| JOHNSON, BRANDI ROCHELL | 771.00 |
| JOHNSON, TONDREA C | 6,007.17 |
| JONES, MICHAEL N | 2,264.19 |
| JORDAN, JASON | 2,464.25 |
| KEEFER, DONALD S | 10,717.29 |
| KELLY, GARY C | 13,733.06 |
| KERN, ADELAIDE OLIVIA | 864.83 |
| KIMBRELL, DAVID H | 2,223.94 |
| KIRKHAM, TATIANA | 379.76 |
| KLAY, SAW NATHANIEL GAWMU | 1,558.89 |
| KLINE, SHANDAN D | 339.16 |
| KNIGHT, EVERETT | 3,129.47 |
| KNIGHT, TIFFANY M | 1,628.20 |
| LACKEY, STACY A | 1,415.02 |
| LADD, CHRISTOPHER | 1,282.61 |
| LAMBETH, RICHARD K | 694.56 |
| LANCE, JOSEPH C | 2,391.62 |
| LEE, BENJAMIN D | 1,098.93 |
| LEE, MEGAN ANNE | 864.66 |
| LEMON, KYLEE RAE | 892.99 |
| LONG, ERICKA L | 503.00 |
| LOPEZ, JAIME G | 1,814.95 |
| MAGGERT, CONNER | 1,459.43 |
| MAGNUSON, STEVEN | 2,880.75 |
| MANUS, JOHN S | 12,263.19 |
| MARLOW III, ARTHUR D | 1,701.05 |
| MARLOW, CATHERINE | 3,346.40 |
| MARLOW, GEORGEANNA M | 14,049.90 |
| MARLOW, SARAH G | 6,215.64 |

AmeriMed Emergency Medical Service LLC
Case No. 26-20894
Employee Wage Claims

| | |
|---|---|
| MARS, HOPE OLIVIA | 1,138.34 |
| MARTIN, AUSTIN K | 3,528.68 |
| MCAMIS, NEHEMIAH | 1,208.29 |
| MCDANIEL, ZACHARY A | 1,302.25 |
| MCDOWELL, CHRISTOPHER | 1,444.82 |
| MCGHEE, JOSHUA AL | 1,366.40 |
| MCGLONE, SHAWN | 493.35 |
| MCKEEVER, BLAKE | 512.07 |
| MCKIBBEN, PEYTON ALLEN ZACHARIAH | 1,301.95 |
| MCKINNEY, JEREMEY D | 4,211.63 |
| MCKINNEY, MISTY | 3,561.00 |
| MCKINNIES, MAX ELIJAH | 1,034.37 |
| MENDEZ OCHOA, ANDERSON EFREN | 1,009.08 |
| MERRIWEATHER, EVETTE D | 232.42 |
| MILLER, CHRISTOPHER S | 1,431.56 |
| MONTANEZ, HELIA RAQUEL | 266.60 |
| MOORE, BRITTNEY N | 960.63 |
| MOORE, CHRISTOPHER | 737.33 |
| MULLINS, MARIA W | 1,082.55 |
| MULLIS, JONATHAN | 1,871.59 |
| MUNCY, CHRISTOPHER L | 8,959.90 |
| NASEER, ABDUL | 216.87 |
| NEARS JR, JERRY LARSEA | 537.42 |
| NGO, DIEU THI NGOC | 151.57 |
| NOLAN, GARRY P | 140.04 |
| NORTON, MICHAEL | 5,040.92 |
| OLDHAM, KIMBERLY S | 755.00 |
| OLIVER, DONALD R | 1,034.73 |
| OPRY, STEVEN | 1,585.53 |
| OWENS, JUSTIN | 917.95 |
| PALMER, TONYA K | 955.37 |
| PARRY, SILKE | 9,083.56 |
| PASS, BRIAN DENNARD | 1,113.05 |
| PASS, KENZIE A | 1,396.27 |
| PERKINS, JAMES R | 1,417.39 |
| PERRY, MALCOLM A | 486.42 |
| PIERCE, JOSEPH D | 489.84 |
| PIKE, ANASTASIA E | 2,983.52 |
| POORE, ANDREW J | 13,236.91 |
| PRICE, BRANDON T | 7,779.09 |
| QUARLES, TARA PATRICE | 112.82 |
| RIEGEL, JESSICA NICOLE | 2,300.52 |
| ROHL, BRYANNA M | 814.09 |

AmeriMed Emergency Medical Services LLC
Case No. 26-20894
Employee Wage Claims

| | |
|---|---|
| RUIZ, JORGE E | 1,012.24 |
| RUSS, JACQUEZ | 1,192.12 |
| RYAN, CHRISTOPHER R | 106.03 |
| RYAN, PEYTON T | 322.41 |
| SANDERS III, CHARLES WAYNE | 5,179.68 |
| SANDERS, ALEXANDRIA J | 1,124.73 |
| SANDERS, KENDRICK SOUTH | 553.65 |
| SCALISI, JODIE | 354.69 |
| SCOTT, CHRISTOPHER RYAN | 422.63 |
| SCOTT, JOSHUA J | 880.45 |
| SCOTT, MEYENDO | 357.36 |
| SEAVER, ANGELA K | 1,416.39 |
| SEWELL, MATHEW GARRETT | 2,056.34 |
| SHAW- GABRIEL, JAYDA | 1,126.81 |
| SHORTER, KIRK P | 321.59 |
| SIGGARD, JEREMIAH M | 6,992.40 |
| SILVERS, TABBETHA A | 2,484.08 |
| SIMMONS, HUNTER D | 841.45 |
| SMITH, ANTHONY W | 2,322.90 |
| SMITH, KRISTINE N | 508.37 |
| SOUTHER, EVAN D | 5,620.61 |
| STALLFUS, NATHAN C | 1,039.86 |
| STANDRIDGE, PHYLLIS R | 1,295.16 |
| STEWART, KAYLA L | 1,035.28 |
| STONE, CHRISTOPHER W | 1,466.85 |
| STONECIPHER, LISA | 406.04 |
| STRAUSE, CHRISTOPHER DANIEL | 1,177.72 |
| SUMMERS, JAMES W | 5,459.08 |
| TACITO, CHARLIE | 1,422.46 |
| TAYLOR, SYLVESTER | 1,182.52 |
| THOMPSON, TRAVIS W | 2,171.84 |
| TILTON, ELIJAH G | 2,776.03 |
| TIRADO, BRANDON LUKE | 682.69 |
| TODD, ANNA M | 280.24 |
| TURNER, CANDACE N | 919.84 |
| TURNER, DANIEL ELIJAH | 1,222.80 |
| TURNER, TIMOTHY A | 1,002.67 |
| WAKEFIELD, LILLIAN A | 365.91 |
| WANKER, KIMBERLY A | 1,516.39 |
| WARD, MANDI LEIGH | 502.19 |
| WASHINGTON, LYNN L | 836.78 |
| WEBB, AMANDA L | 2,486.38 |
| WESTER, JEREMY A | 1,139.15 |

AmeriMed Emergency Medical Services LLC
Case No. 26-20894
Employee Wage Claims

| | |
|---|---|
| WHITE, MICHELLE LOUISE | 1,882.69 |
| WHITEN, MARK A | 1,387.53 |
| WILLIAMS, JEFFREY ANTHONY | 475.48 |
| WILLIAMS, TIMOTHY EDWARD | 782.98 |
| WILLIAMSON, KEVIN RAY | 875.33 |
| WILLIFORD, NICHOLAS S | 1,477.18 |
| WILSON, MALLORY K | 107.84 |
| WINKLES, FRANKLIN D | 1,469.63 |
| WOODS, GEORGE R | 1,457.28 |
| WORTHY JR, BREON MONTRELL | 899.50 |
| YERDON, JUSTIN MICHELL | 2,139.39 |
| YOUNG, ZACKARY | 854.94 |
| ZAUNER, JARED | 356.08 |
| (blank) | |
| **Grand Total** | **496,158.07** |
| **Total Priority** | **481,722.92** |

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AFCO Credit Corp<br>2951 Flowers Rd South<br>Ste 300<br>Atlanta, GA 30341 | Line 3.6<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Anchor Fleet Inc.<br>104 Gingham Dr<br>La Vergne, TN 37086 | Line 3.16<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Bryan S. Kaplan<br>6100 Lake Forrest Dr<br>Ste 530<br>Atlanta, GA 30328 | Line 3.38<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Cardiotronix<br>400 Technology Ct SE #B<br>Smyrna, GA 30082 | Line 3.50<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Cardiotronix<br>3745 Cherokee St NW<br>Ste 601<br>Kennesaw, GA 30144 | Line 3.50<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Colonial Life<br>1200 Colonial Live Blvd W<br>Columbia, SC 29210 | Line 3.78<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Corporate Leasing and Investment<br>1352 W.B. Parks Rd<br>Omega, GA 31775 | Line 3.87<br>☐ Not listed. Explain ____ | _ |
| 4.8 | DLL Finance LLC<br>1980 Festival Plaza Dr<br>Ste 950<br>Las Vegas, NV 89135 | Line 3.96<br>☐ Not listed. Explain ____ | _ |
| 4.9 | ECS Inc. International<br>15351 W 109th St<br>Lenexa, KS 66219 | Line 3.103<br>☐ Not listed. Explain ____ | _ |
| 4.10 | First Insurance Funding<br>PO Box 7000<br>Carol Stream, IL 60197 | Line 3.118<br>☐ Not listed. Explain ____ | _ |
| 4.11 | IPFS Corp<br>1055 Broadway<br>11th Floor<br>Kansas City, MO 64105 | Line 3.163<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | Jill Dunn<br>Freeman Mathis & Gary LLP<br>100 Galleria Pkwy, Ste 1600<br><br>Atlanta, GA 30339 | Line 3.159<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | Lydia Chastain<br>Lee Meier Burke<br>695 Pylant St NE #105<br>Atlanta, GA 30306 | Line 3.330<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | Lydia J. Chastain<br>Lee Meier Burke<br>695 Pylant St, NE #105<br>Atlanta, GA 30306 | Line 3.10<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | NAFECO<br>2601 Beltline Rd SW<br>Decatur, AL 35601 | Line 3.212<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | NAFECO Service HQ<br>1515 W Moulton St<br>Decatur, AL 35601 | Line 3.212<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | Oracle Corp<br>2300 Oracle Way<br>Austin, TX 78741 | Line 3.236<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | Robi J. Baishnab<br>136 E 9th St, Ste 808<br>Cleveland, OH 44114 | Line 3.220<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | South Carolina Dept of Revenue<br>PO Box 125<br>Columbia, SC 29202-0125 | Line 3.294<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | The Huntington National Bank<br>5555 Cleveland Ave<br>Columbus, OH 43231 | Line 3.315<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | The Shop Automotive LLC<br>1948 Highway 129 S<br>Cleveland, GA 30528 | Line 3.318<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 1,057,951.84 |
| 5b. Total claims from Part 2 | 5b. + $ | 10,994,426.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 12,052,378.45 |

**Fill in this information to identify the case:**

Debtor name      Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   2:26-bk-20894

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease 3500 Loop Rd, McDonough GA | |
| | State the term remaining | Expires June 2029 | |
| | List the contract number of any government contract | | 3500 Loop Rd LLC<br>PO Box 20197<br>Atlanta, GA 30325 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 456 Edsel Dr Ste B | |
| | State the term remaining | Expires July 2028 | |
| | List the contract number of any government contract | | 456 Edsel Drive LLC<br>PO Box 1233<br>Richmond Hill, GA 31324 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease on two vehicles | |
| | State the term remaining | | American Capital Group Inc<br>Attn: Bankruptcy<br>23382 Mill Creek Drive, Suite 115<br>Laguna Hills, CA 92653 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 2550 Meridian Blvd, Ste 200, Franklin, TN | |
| | State the term remaining | | Boyle 2555 Meridian Joint Venture<br>5900 Poplar Ave<br>Ste 100<br>Memphis, TN 38119 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Amerimed Emergency Medical Services LLC | | | Case number *(if known)* | 2:26-bk-20894 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 4908 Golden Pkwy Ste 100 Buford GA | |
|---|---|---|---|
| | State the term remaining | | Datamaha LLC c/o Simpson Co. Mgt. PO Box 292 Gainesville, GA 30503 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 8801 Macon Hwy, Athens, GA (Oconee County) | |
|---|---|---|---|
| | State the term remaining | Expires August 2028 | Eschol D Graham Leasing LLC PO Box 81485 Athens, GA 30608 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease 1811 Mercantile Dr, Ste A&B, Clarksville TN | |
|---|---|---|---|
| | State the term remaining | Expires September 2028 | Faith Investments 724 Salem Ridge Rd Clarksville, TN 37040 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 6805 Hillsdale Ct, Indianapolis, IN | |
|---|---|---|---|
| | State the term remaining | | Hillsdale Owner I LLC and Hillsdale Owner II LLC PO Box 627 Ridgewood, NJ 07450 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease 5705-5797 Park Plaza Ct, Indianapolis, IN | |
|---|---|---|---|
| | State the term remaining | Expires February 2033 | Indy Commerce II LLC 2755 E Oakland Park Blvd Ste 200 Fort Lauderdale, FL 33306 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1  Amerimed Emergency Medical Services LLC

First Name        Middle Name        Last Name

Case number *(if known)*  2:26-bk-20894

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Leases on 42 ambulances and service vehicles | |
|---|---|---|---|
| | State the term remaining | Various | Integrated Vehicle Leasing Inc<br>Attn: Bankruptcy<br>734 Walt Whitman Rd<br>Melville, NY 11747 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 2933 Northwest Park Dr, Knoxville, TN | |
|---|---|---|---|
| | State the term remaining | Expires August 2029 | JHS Limited Partnership<br>PO Box 51058<br>Knoxville, TN 37950-1058 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 2925 Elm Hill Pike, Nashville, TN | |
|---|---|---|---|
| | State the term remaining | Expires September 2030 | Quality Nashville LLC<br>4015 Hillsboro Pike Ste 222<br>Nashville, TN 37215 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 398 E 5th St N, Summerville, SC | |
|---|---|---|---|
| | State the term remaining | Expires July 2028 | Robert L Platt LLC<br>9209 University Blvd<br>Charleston, SC 29406-9122 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Real property lease of 1672 Overview Dr, Ste 107, Rock Hill, SC | |
|---|---|---|---|
| | State the term remaining | Expires September 2026 | Silver Waterford LLC<br>1805 Sardis Rd N<br>Ste 120<br>Charlotte, NC 28270 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Amerimed Emergency Medical Services LLC | | Case number (*if known*) | 2:26-bk-20894 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Leases on 12 ambulances and support vehicles | |
|---|---|---|---|
| | State the term remaining | Various | The Huntington National Bank |
| | | | Attn: Bankruptcy |
| | List the contract number of any government contract | | 5555 Cleveland Ave |
| | | | Columbus, OH 43231 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    2:26-bk-20894

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Amerimed Medical Solutions | | Instafunders LLC | ☒ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Amerimed Medical Solutions | | Core Funding Source | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Amerimed Medical Solutions | | Litefund Solutions LLC | ☒ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Amerimed Medical Solutions | | Epic Advance | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Amerimed Medical Solutions | | Horizon Capital NY LP | ☒ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Amerimed Medical Solutions | | Bridgecap Equities LLC | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.7 | Amerimed Medical Solutions | Bridgecap Financial LLC | ☒ D   2.5<br>☐ E/F _____<br>☐ G _____ | |
| 2.8 | Amerimed Medical Solutions | Meged Funding Group | ☒ D   2.17<br>☐ E/F _____<br>☐ G _____ | |
| 2.9 | Amerimed Medical Solutions | Wynwood Capital Group LLC | ☒ D   2.20<br>☐ E/F _____<br>☐ G _____ | |
| 2.10 | Amerimed Medical Solutions | Cashera Private Credit Inc | ☒ D   2.6<br>☐ E/F _____<br>☐ G _____ | |
| 2.11 | Amerimed Medical Solutions | Integrated Vehicle Leasing Inc | ☐ D _____<br>☒ E/F   3.160<br>☐ G _____ | |
| 2.12 | Amerimed Medical Solutions | Tyquana Jackson et al | ☐ D _____<br>☒ E/F   3.330<br>☐ G _____ | |
| 2.13 | Amerimed Medical Solutions | Hannah Stripling | ☐ D _____<br>☒ E/F   3.146<br>☐ G _____ | |
| 2.14 | Amerimed Medical Solutions | Alexander Baum et al | ☐ D _____<br>☒ E/F   3.10<br>☐ G _____ | |
| 2.15 | Amerimed Medical Solutions | Noah Grassie et al | ☐ D _____<br>☒ E/F   3.220<br>☐ G _____ | |
| 2.16 | Amerimed Medical Solutions | Ascentium Capital LLC | ☐ D _____<br>☒ E/F   3.20<br>☐ G _____ | |

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.17 | Amerimed Medical Solutions | Optum Financial | ☐ D _____ ☒ E/F __3.235__ ☐ G _____ |
| 2.18 | Arthur Dixon Marlow II | Georgia Department of Revenue | ☐ D _____ ☒ E/F __3.132__ ☐ G _____ |
| 2.19 | Arthur Dixon Marlow II | Tennessee Department of Revenue | ☐ D _____ ☒ E/F __2.14__ ☐ G _____ |
| 2.20 | Arthur Dixon Marlow II | Ohio Treasurer of State | ☐ D _____ ☒ E/F __3.231__ ☐ G _____ |
| 2.21 | Arthur Dixon Marlow II | South Carolina Department of Revenue | ☐ D _____ ☒ E/F __3.294__ ☐ G _____ |
| 2.22 | Arthur Dixon Marlow II | M & K Capital LLC | ☒ D __2.16__ ☐ E/F _____ ☐ G _____ |
| 2.23 | Arthur Dixon Marlow II | Instafunders LLC | ☒ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.24 | Arthur Dixon Marlow II | Core Funding Source | ☒ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.25 | Arthur Dixon Marlow II | Litefund Solutions LLC | ☒ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.26 | Arthur Dixon Marlow II | Epic Advance | ☒ D __2.9__ ☐ E/F _____ ☐ G _____ |

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.27 | Arthur Dixon Marlow II | Forever Funding LLC | ☒ D | 2.11 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.28 | Arthur Dixon Marlow II | Horizon Capital NY LP | ☒ D | 2.12 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.29 | Arthur Dixon Marlow II | Bridgecap Equities LLC | ☒ D | 2.4 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.30 | Arthur Dixon Marlow II | Bridgecap Financial LLC | ☒ D | 2.5 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.31 | Arthur Dixon Marlow II | Meged Funding Group | ☒ D | 2.17 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.32 | Arthur Dixon Marlow II | Wynwood Capital Group LLC | ☒ D | 2.20 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.33 | Arthur Dixon Marlow II | Cashera Private Credit Inc | ☒ D | 2.6 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.34 | Arthur Dixon Marlow II | Integrated Vehicle Leasing Inc | ☐ D | |
| | | | ☒ E/F | 3.160 |
| | | | ☐ G | |
| 2.35 | Arthur Dixon Marlow II | Metropollitan Commercial Bank | ☒ D | 2.18 |
| | | | ☐ E/F | |
| | | | ☐ G | |
| 2.36 | Arthur Dixon Marlow II | Tyquana Jackson et al | ☐ D | |
| | | | ☒ E/F | 3.330 |
| | | | ☐ G | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.37 | Arthur Dixon Marlow II | Adam Banaczyk | ☐ D _____ ☒ E/F __3.4__ ☐ G _____ |
| 2.38 | Arthur Dixon Marlow II | Alexander Baum et al | ☐ D _____ ☒ E/F __3.10__ ☐ G _____ |
| 2.39 | Arthur Dixon Marlow II | Noah Grassie et al | ☐ D _____ ☒ E/F __3.220__ ☐ G _____ |
| 2.40 | Arthur Dixon Marlow II | Ohio Department of Taxation | ☐ D _____ ☒ E/F __2.11__ ☐ G _____ |
| 2.41 | Arthur Dixon Marlow II | ILLINOIS DEPARTMENT OF REVENUE | ☐ D _____ ☒ E/F __2.7__ ☐ G _____ |
| 2.42 | Arthur Dixon Marlow II | Indiana Department of Revenue | ☐ D _____ ☒ E/F __2.8__ ☐ G _____ |
| 2.43 | Arthur Dixon Marlow II | Ascentium Capital LLC | ☐ D _____ ☒ E/F __3.20__ ☐ G _____ |
| 2.44 | Arthur Dixon Marlow II | De Lage Landen Financial Services Inc | ☒ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.45 | Arthur Dixon Marlow II | The Huntington National Bank | ☐ D _____ ☒ E/F __3.316__ ☐ G _____ |
| 2.46 | DMLP LLC | M & K Capital LLC | ☒ D __2.16__ ☐ E/F _____ ☐ G _____ |

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |

| | Additional Page to List More Codebtors | | |

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.47 | Priority Sprinters LLC | Instafunders LLC | ☒ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | Priority Sprinters LLC | Core Funding Source | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | Priority Sprinters LLC | Litefund Solutions LLC | ☒ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | Priority Sprinters LLC | Epic Advance | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | Priority Sprinters LLC | Forever Funding LLC | ☒ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | Priority Sprinters LLC | Horizon Capital NY LP | ☒ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | Priority Sprinters LLC | Bridgecap Equities LLC | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.54 | Priority Sprinters LLC | Bridgecap Financial LLC | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.55 | Priority Sprinters LLC | Meged Funding Group | ☒ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.56 | Priority Sprinters LLC | Wynwood Capital Group LLC | ☒ D ___2.20___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.57 | Priority Sprinters LLC | Cashera Private Credit Inc | ☒ D ___2.6___ ☐ E/F _____ ☐ G _____ |
| 2.58 | QuikMedic LLC | Wynwood Capital Group LLC | ☒ D ___2.20___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Amerimed Emergency Medical Services LLC

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   2:26-bk-20894

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other | $5,506,025.48 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other | $91,723,934.80 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $108,666,411.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |
|--------|------------------------------------------|--------------------------|---------------|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. xxx | | Unknown | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Debtor is continuing to input transactions from April 1, 2026 into its books and records and will supplement its response to Question 3 when it has the information available. |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. xxx | | Unknown | Debtor is continuing to input transactions from April 1, 2026 into its books and records and will supplement its response to Question 3 when it has the information available. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |
| --- | --- | --- | --- |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Tyquana Jackson et al v. Amerimed Emergency Medical Services, LLC et al<br>2:26-CV-00032 | Class Action | U.S. District Court for the Northern District of Georgia<br>121 Spring St SE<br>Gainesville, GA 30501 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Grassie v. Amerimed Emergency Medical Services, LLC<br>5:25-CV-2057 | Class Action | U.S. District Court for the Northern District of Ohio<br>John F. Seiberling Federal Building & U.S. Courthouse<br>2 South Main Street<br>Akron, OH 44308 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Bridgecap Equities, LLC v. Amerimed Emergency Medical Services, LLC et al<br>2026CV000970 | Collection | Hall County, Georgia, Superior Court<br>Hall County Courthouse<br>225 Green Street SE<br>Gainesville, GA 30501 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Bridgefield Casualty Insurance Company v. Amerimed Emergency Medical Services LLC et al<br>2026CV000403 | Collection | Hall County, Georgia, Superior Court<br>Hall County Courthouse<br>225 Green Street SE<br>Gainesville, GA 30501 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | Baum et al v. Amerimed Emergency Medical Services, LLC et al<br>2:26-CV-00128-RWS | Class Action | U.S. District Court for the Northern District of Georgia<br>121 Spring St SE<br>Gainesville, GA 30501 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Little v. Amerimed Emergency Medical Services, LLC<br>SBWC: 2025-038160 | Workers Compensation | Georgia State Board of Workers Compensation<br>270 Peachtree Street NW<br>Atlanta, GA 30303-1299 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Stripling v. Amerimed Emergency Medical Services LLC<br>SBWC: 24097722 | Workers Compensation | Georgia State Board of Workers Compensation<br>270 Peachtree Street NW<br>Atlanta, GA 30303-1299 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Gil et al v. Amerimed Emergency MEdical Services, LLC<br>26-GS-5970 | Civil | Hamilton County, Tennessee, General Sessions Court<br>600 Market Street, Room 110<br>Chattanooga, TN 37402 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Horizon Capital NY LP v. Amerimed Emergency Medical Services LLC et al<br>6:2026cv06412 | Collection | U.S. District Court for the Western District   of New York<br>Kenneth B. Keating Federal Building<br>100 State Street<br>Rochester, NY 14614 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Amerimed Emergency Medical Services LLC | | Case number *(if known)* 2:26-bk-20894 |
|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. Epic Advance LLC v. Amerimed Emergency Medical Services LLC et al<br>6:2026cv06457 | Collection | U.S. District Court for the Western District of New York Kenneth B. Keating Federal Building<br>100 State Street<br>Rochester, NY 14614 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. HORIZON CAPITAL NY L.P. v. AMERIMED EMERGENCY MEDICAL SERVICES LLC et al<br>1:2026cv00660 | Collection | U.S. District Court, Western District of New York<br>2 Niagara Square<br>Buffalo, NY 14202 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. Wynwood Capital Group LLC v. Amerimed Medical Solutions LLC et al<br>1:2026cv02167 | Collection | U.S. District Court, Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. Amerimed Emergency Medical Services LLC et al vs. Horizon Capital NY L.P.<br>514871/2026 | Arbitration | Kings County New York Supreme Court<br>360 Adams Street<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. Thomas et al v. Amerimed Emergency Medical Services LLC et al<br>2025SV001943 | Automobile Tort | Hall County, Georgia State Court<br>225 Green St<br>Gainesville, GA 30501 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.15. INSTAFUNDERS, LLC V AMERIMED EMERGENCY MEDICAL SERVICES LLC, ET AL<br>2026CV000428 | Collection | Hall County, Georgia, Superior Court<br>225 Green St<br>Gainesville, GA 30501 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. MCDANIEL V AMERIMED EMERGENCY MEDICAL SERVICES, LLC, ET AL<br>2026SV000653 | Automobile Tort | Hall County, Georgia, State Court<br>225 Green St<br>Gainesville, GA 30501 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. Horizon Capital NY L.P. v. Amerimed Emergency Medical Services et al<br>E2026005152 | Collection | Monroe County New York Supreme Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. Pathway Funding of Miami LLC v. Amerimed Emergency Medical Services LLC et al<br>EC2026-42154 | Collection | Washington County New York Supreme Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. Cashera Private Credit LLC v. Amerimed Emergency Medical Services LLC et al<br>260901612 | Collection | Judicial District Court of Salt Lake County, Utah, Third Judicial District | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* 2:26-bk-20894 |
|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kelley Law LLC<br>PO Box 2758<br>Gainesville, GA 30503 | | May 2026 | $105,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 5 |
|---|---|---|

Debtor   Amerimed Emergency Medical Services LLC   Case number *(if known)*  2:26-bk-20894

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   5012 Bristol Industrial Hwy<br>Ste 11<br>Buford, GA 30518 | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐   No. Go to Part 9.
☒   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.   Various | Emergency transportation between healthcare facilities | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>4908 Golden Pkwy, Ste 100Buford, GA 30518 | **How are records kept?**<br>*Check all that apply:*<br>☒ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.
☒   Yes. State the nature of the information collected and retained.

   The debtor collects client billing and clinical information

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.
☒   Yes. Does the debtor serve as plan administrator?

   ☒ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* 2:26-bk-20894 |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Aspire CPA Group<br>6500 Sugorloaf Pkwy<br>Ste 260<br>Duluth, GA 30097 | 2023 to 2026 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Amerimed Emergency Medical Services, LLC | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | Various |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Amerimed Emergency Medical Services LLC | Case number (if known) | 2:26-bk-20894 |
|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arthur Dixon Marlow II | 4908 Golden Pkwy Ste 100 Buford, GA 30518 | Sole Owner | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Reginald P. James | | President | April 2012 to April 2026 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nathan Bonick | | Chief Financial Officer | March 2020 to February 2025 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rick Huskey | | Regional Vice President | 2022 to April 2026 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rick Slaven | | Regional Vice President | December 2024 to May 2026 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Chris Kelly | | Chief Legal Officer | December 2023 to December 2025 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Debtor | Amerimed Emergency Medical Services LLC | Case number *(if known)* | 2:26-bk-20894 |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Arthur Dixon Marlow II<br>4908 Golden Pkwy<br>Ste 100<br>Buford, GA 30518 | Debtor is calculating and will update | | |
| **Relationship to debtor**<br>Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/27/2026___

_____    Arthur Dixon Marlow II
Signature of individual signing on behalf of the debtor    Printed name

Verified by signNow
09bafc3054484d82b007

Position or relationship to debtor    Sole Member

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

This 27th day of July, 2026.

KELLEY LAW LLC

By: */s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
charles@charleskelley.law
Proposed Co-Counsel for Debtor

PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

SMALL HERRIN, LLP

By: */s/ Benjamin S. Klehr*
Gus H. Small
Georgia Bar No. 653200
Anna M. Humnicky
Georgia Bar. No. 377850
Benjamin S. Klehr
Georgia Bar No. 487931
Proposed Co-Counsel for Debtor
*Signed by Charles Kelley with permission*

100 Galleria Parkway, Suite 350
Atlanta, GA 30339
(P) 770-783-1800
gsmall@smallherrin.com
ahumnicky@smallherrin.com
bklehr@smallherrin.com

4907-0443-5135, v. 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERIMED EMERGENCY MEDICAL SERVICES LLC,[1] | ) | Case No. 26-20894-JRS |
| | ) | |
| | ) | Judge Sacca |
| Debtor. | ) | |

GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of

Financial Affairs (the "SOFA," and collectively with the Schedules, the "Schedules and

Statement") filed by Amerimed Emergency Medical Services LLC, the above-captioned

debtor and debtor in possession (the "Debtor"), in the United States Bankruptcy Court

for the Northern District of Georgia (the "Bankruptcy Court"), are unaudited and were

prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-

1532 (the "Bankruptcy Code"), and Federal Rule of Bankruptcy Procedure 1007 by the

management of the Debtor with the assistance of its advisors. The Schedules and

Statement remain subject to further review and verification by the Debtor. Subsequent

information may result in material changes in financial and other data contained in the

Schedules and Statement. The Debtor has used its best efforts to compile the information

---

[1] The last four digits of the Debtor's federal tax identification number are 3528.

4907-0443-5135, v. 2

set forth in the Schedules and Statement from its books and records maintained in the ordinary course of its business. The Debtor reserves its rights to amend the Schedules and Statement from time to time as may be necessary or appropriate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Schedules and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statement. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement. If the Schedules and Statement differ from any of the foregoing Global Notes, the Global Notes shall control.

1. Summary of Significant Reporting Policies. The following conventions were adopted by the Debtor in the preparation of the Schedules and Statement:

(a) Description of the Case and "As Of" Information Date. On June 2, 2026 (the "Petition Date"), the Debtor filed a voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its property as debtor in possession as authorized by section 1184 of the Bankruptcy Code. Except as noted in the Schedules and Statement or herein, all asset and liability data contained in the Schedules and Statement are stated as of the Petition Date. In some instances, the Debtor has used estimated amounts where actual data as of the Petition Date was not available.

(b) Basis of Presentation. The preparation of the Schedules and Statement required the Debtor to make estimates and assumptions that affect the reported

4907-0443-5135, v. 2

amounts of liabilities, the disclosures of contingent liabilities, and the reported amounts of expenses during the reporting period. Actual results could differ from estimates. Some of the Debtor's scheduled assets and liabilities are unknown and/or unliquidated currently. In such cases, the amounts are listed as "Unknown" or "Undetermined." Accordingly, the Schedules may not fully reflect the aggregate amount of the Debtor's assets and liabilities. Given the differences between the information requested in the Schedules and Statement, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statement do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

(c) Authorized Signatory. A. Dixon Marlow, Jr., the sole member of the Debtor, has signed the Schedules and Statement on behalf of the Debtor. Through March 31, 2026, the Debtor's financial information was maintained using Oracle NetSuite's enterprise resource planning platform (the "NetSuite Platform"). The NetSuite Platform integrates and manages many of the Debtor's core business functions, including financial accounting, accounts payable, purchasing, financial reporting, and other critical operational processes. On the Petition Date the Debtor did not have access to the NetSuite Platform and only regained access on or about July 14, 2026. The Debtor's personnel have been working diligently to update the system and produce financial information, but that process is not complete. In

4907-0443-5135, v. 2

reviewing and signing the Schedules and Statement, Mr. Marlow has necessarily relied upon the information contained in the Debtor's books and records, including the NetSuite Platform. Mr. Marlow has not, and could not have, personally verified the accuracy of each such statement and representation.

(d) Claims Description. Schedules D and E/F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves its rights to dispute or assert offsets or defenses to any claim reflected on these Schedules as to the nature, amount, liability, or status.

(e) Confidential, Private, and Commercially Sensitive Information. In certain instances, the Debtor may have intentionally altered, revised, redacted or consolidated certain information in the Schedules and Statement due to the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. In addition, in certain instances, the sensitivity of such information may require its omission from the Schedules and Statement. To the extent possible, the alterations, redactions, consolidations and omissions have been limited to the extent determined by the Debtor to be necessary or appropriate to protect the Debtor or third parties while also providing interested parties with sufficient information in response to the Schedules and Statement.

4907-0443-5135, v. 2

(f) <u>Estimates and Assumptions</u>. In preparing the Schedules and Statement, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities, and the potential values of contingent assets and liabilities on the date the Schedules and Statement were filed and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates, perhaps materially.

(g) <u>Excluded Asset and Liabilities</u>. Certain deferred charges, accounts, or reserves recorded for GAAP reporting purposes only are not included in the Schedules and Statement.

(h) <u>Executory Contracts and Unexpired Leases</u>. While the Debtor has made reasonable efforts to ensure the accuracy of the executory contracts and unexpired leases listed on Schedule G, inadvertent errors or omissions may have occurred. The Debtor listed substantially all contracts to which the Debtor may be a party on Schedule G. However, some of the Debtor's business is conducted through purchase orders, and the inclusion of a purchase order or agreement on Schedule G does not constitute an admission by the Debtor that such agreement actually constitutes an executory contract or unexpired lease under section 365 of the Bankruptcy Code. The Debtor expressly reserves the right to challenge the status of any agreement included as an executory contract or unexpired lease. Any rejection of executory contracts and unexpired leases under section 365 of the Bankruptcy Code will result in the assertion of rejection damages claims; however, the

4907-0443-5135, v. 2

Schedules and Statement do not reflect any rejection damages claims. The Debtor reserves the right to make any arguments and objections with respect to the assertion of any such claims.

(i) <u>Insiders</u>. For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) members; (b) managers; (c) persons in control of the Debtor; (d) relatives of members, managers, or persons in control of the Debtor; and (e) affiliates.

(j) <u>Insurance</u>. At the time of filing the Debtor had no present operations or cash flow and consequently did not maintain insurance.

(k) <u>Leased Property and Equipment</u>. In the ordinary course of business, the Debtor may lease equipment from certain third-party lessors for use in the daily operation of its businesses. Any such leases are set forth in the Schedules and Statement. Nothing in the Schedules and Statement is or shall be construed as an admission or determination as to the legal status of any lease, and the Debtor reserves all rights with respect to any of such issues.

(l) <u>Reservation of Rights</u>. The Debtor reserves all of its rights to amend the Schedules and Statement in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, or classification or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

4907-0443-5135, v. 2

2. Specific Schedules and Statement Disclosures

(a) <u>Schedule A/B, Questions 39-42: Office Equipment, Furnishings, and Supplies</u>. Assets in these categories include office furnishings, such as tables, chairs, decorations, office equipment, computer software, and furniture.

(b) <u>Schedule A/B Question 50: Machinery, Fixtures, Equipment, and Supplies Used in Business</u>. Assets in this category primarily include equipment and supplies used in the care and transportation of patients, such as stretchers and medical supplies.

(c) <u>Schedule D: Creditors Holding Secured Claims</u>. The claim amount balances listed on Schedule D are as of the most recent information available to the Debtor. Although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. The descriptions in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements or related documents. Additionally, there are a number of Merchant Cash Advance creditors and affiliates of Merchant Cash Advance creditors (collectively the "<u>MCA Creditors</u>") that have

4907-0443-5135, v. 2

filed UCC Financing Statements that assert a broad lien on all the assets of the Debtor. The Debtor has listed the MCA Creditors on Schedule D in an unknown, disputed, unliquidated amount. The Debtor does not concede that any of the MCA Creditors have a valid secured claim against it.

The Debtor has not included on Schedule D parties that may believe its claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

(d) SOFA Question 1. The Debtor has not filed a tax return for calendar year 2025. The revenues reported for 2025 and 2026 year to date are based on the Debtor's books and records which have not been reviewed or audited and are subject to revision.

(e) SOFA Question 11. The Debtor  paid a total of $105,000 for professional services rendered and expenses incurred by Kelley Law LLC and Small Herrin LLP for both the Debtor and DMLP, LLC, during the 12 months preceding the Petition Date. Based on the fact that such professionals were engaged to provide a variety of services, only a portion of this amount is attributable to debt counseling or bankruptcy preparation; however, the specifics of such amount cannot be readily ascertained with any accuracy.

[Remainder of page blank]

4907-0443-5135, v. 2

This 27th day of July, 2026.

KELLEY LAW LLC

By: */s/ Charles N. Kelley, Jr.*
Charles N. Kelley, Jr.
Georgia State Bar No. 412212
charles@charleskelley.law
Proposed Co-Counsel for Debtor

PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

SMALL HERRIN, LLP

By: */s/ Benjamin S. Klehr*
Gus H. Small
Georgia Bar No. 653200
Anna M. Humnicky
Georgia Bar. No. 377850
Benjamin S. Klehr
Georgia Bar No. 487931
Proposed Co-Counsel for Debtor
*Signed by Charles Kelley with permission*

100 Galleria Parkway, Suite 350
Atlanta, GA 30339
(P) 770-783-1800
gsmall@smallherrin.com
ahumnicky@smallherrin.com
bklehr@smallherrin.com

4907-0443-5135, v. 2