**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| AMERIMED EMERGENCY MEDICAL SERVICES, LLC,<br>Debtor | * | Case No. 26-20894-JRS<br><br>Chapter 11 |
| SUMITOMO MITSUI FINACE AND LEASING COMPANY, LIMITED<br>Movant | * | |
| v. | * | |
| AMERIMED EMERGENCY MEDICAL SERVICES, LLC,<br>Respondent | * | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that SUMITOMO MITSUI FINACNE AND LEASING COMPANY LIMITED has filed a Motion for Relief (the "Motion") and related papers with the Court seeking an order from the Court lifting the automatic stay as to the Debtor.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at 10:30 AM in Courtroom 103, U.S. Courthouse, 121 Spring Street, SE, Gainesville, GA 30501 on September 29, 2026, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise

Dated: September 11, 2026

/s/ *Daniel L. Wilder*
DANIEL L. WILDER Georgia Bar No. 141448
Counsel for Movant
544 Mulberry Street, Suite 800
Macon, GA 31201

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| AMERIMED EMERGENCY MEDICAL SERVICES, LLC,<br>Debtor | * | Case No. 25-21754-JRS<br><br>Chapter 11 |
| SUMITOMO MITSUI FINACE AND LEASING COMPANY, LIMITED,<br>Movant | * | |
| v. | * | |
| AMERIMED EMERGENCY MEDICAL SERVICES, LLC,<br>Respondent | * | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, SUMITOMO MITSUI FINANCE AND LEASING COMPANY, ("SUMITOMO") and files this its Motion for Relief from the Stay of these proceedings and respectfully shows the Court the following:

1.

This proceeding arises under 11 U.S.C. Chapter 11 of the Bankruptcy Code on the petition filed by the debtor on June 2, 2026.

2.

This motion is made under Section 362(d) of the Bankruptcy Code for relief from the existing stay for the purpose of proceeding with its State court remedies.

3.

On or about May 15, 2024, Debtor, and Sumitomo Mitsui Finance and Leasing Company, entered into an Equipment Finance Agreement, as evidenced by the Proof of Claim and documents filed with the Court. Movant is secured by title on a 2023 Ford Transit.

4.

Pursuant to Agreement 1, the Debtor financed $170,837.40 and was obligated to repay Amur Equipment Finance, Inc. in forty-eight (48) months. Movant asserts the debtor has defaulted in making the required payments to Amur Equipment Finance Inc.

5.

Movant asserts its collateral is depreciating through use and over time at a rate far exceeding the amount being paid by the debtor on its indebtedness.

6.

In the event a hearing cannot be held within thirty (30) days from the date of filing said motion, Movant, by and through its counsel, waives this requirement and agrees to the next earliest possible date, as

evidenced by the signature below.

7.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(4) be waived.

WHEREFORE, Movant respectfully requests the Court grant relief as follows:

(a) Vacate the automatic stay of 11 U.S.C. Section 362 and permit Movant to recover and dispose of the 2023 Ford Transit and to thereafter file a claim with the Court for the deficiency balance, if any; and

(b) That the provisions of Bankruptcy Rule 4001(A)(4) are waived

(c) Grant such other and further relief as is just and proper.

This 11th day of September, 2026

Respectfully submitted,

*/s/ Daniel L. Wilder*
Daniel L. Wilder
Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the *11th day of September, 2026*, I electronically filed the foregoing *Motion for Relief* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Ms. Anna Mari Humnicky, Mr. Charles N. Kelley, Jr., Mr. David S. Weidenbaum

I further certify that on this day I caused a copy of this document to be served via *United States First Class Mail, With Adequate Postage* on the following parties at the address shown for each.

Amerimed Emergency Medical Services LLC
4908 Golden Pkwy Ste 100
Buford GA 30518

Dated: 11th day of September, 2026.

Respectfully submitted,

*/s/ Daniel L. Wilder*
Daniel L. Wilder
Bar No. 141448
Attorney for Movant

EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Suite 800
Macon, GA 31201
Telephone: (478) 745-5415
Email: bkydept@goodmanlaw.org